1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (Bar No. 339574)
3  sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
Tel:   (818) 347-3333
5  Fax:   (818) 347-4118

6  *Attorneys for Plaintiffs*

7

8              **UNITED STATES DISTRICT COURT FOR THE**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11  M.B., by and through her Guardian ad          Case No. 2:24-cv-07642
litem, Nayelli Bautista; and L.D., by
12  and through his Guardian ad litem,            **APPLICATION OF JASMIN
Jasmin Trinidad, individually and as          TRINIDAD FOR APPOINTMENT
13  successors in interest to CARLOS DE           AS GUARDIAN AD LITEM FOR
ANDA, deceased,                               MINOR PLAINTIFF L.D. AS
14                                                SUCCESSOR IN INTEREST TO
CARLOS DE ANDA**
15
Plaintiffs,
16         vs.                                    [*Consent of Nominee*, *377 Declaration*
and *Proposed Orde*r filed concurrently
17  CITY OF LOS ANGELES; DOES 1-                  herewith]
18  10,
19
20                            Defendants.
21
22
23
24
25
26
27
28

1   **APPLICATION OF JASMIN TRINIDAD FOR APPOINTMENT AS**

2   **GUARDIAN AD LITEM FOR MINOR PLAINTIFF L.D. AS SUCCESSOR IN**

3   **INTEREST TO CARLOS DE ANDA**

4        1.     L.D. is a minor plaintiff in the above-referenced case.

5        2.     Jasmine Trinidad, who is not a plaintiff in this matter, is the natural

6   mother of minor plaintiff L.D.

7        3.     L.D.'s natural father is Carlos De Anda, who is the decedent in the

8   above-referenced action.

9        4.     Minor plaintiff L.D. has claims, as alleged in the complaint filed in the

10  herein action, arising out of the violation of his rights and his father's civil rights.

11       5.     Jasmine Trinidad has no interest potentially adverse to minor plaintiff

12  L.D.

13       6.     Jasmine Trinidad is a responsible adult and fully competent to

14  understand and protect the rights of L.D. *See* Consent of Nominee to Appointment

15  as Guardian *ad Litem* for Minor Plaintiff L.D. filed concurrently herewith.

16       Plaintiffs therefore respectfully request an order appointing Jasmine Trinidad

17  as guardian ad litem for minor plaintiff L.D.

18

19

20  DATED: 9/3/2024

21       By:

Signed by:
9BF7F97B82A5458...

22       Jasmin Trinidad

23

24

25

26

27

28