1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
2  dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (Bar No. 339574)
3  sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
4  Woodland Hills, California 91367
Tel:   (818) 347-3333
5  Fax:   (818) 347-4118

6  *Attorneys for Plaintiffs*

7

8           **UNITED STATES DISTRICT COURT FOR THE**
9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  M.B., by and through her Guardian ad          Case No. 2:24-cv-07642
litem, Nayelli Bautista; and L.D., by
12  and through his Guardian ad litem,             **[PROPOSED] ORDER GRANTING
Jasmin Trinidad, individually and as            APPLICATION OF JASMIN
13  successors in interest to CARLOS DE            TRINIDAD FOR APPOINTMENT
14  ANDA, deceased,                                 AS GUARDIAN AD LITEM FOR
                                                   MINOR PLAINTIFF L.D. AS
                                                   SUCCESSOR IN INTEREST TO
15                          Plaintiffs,            CARLOS DE ANDA**

16              vs.
                                                   [*Application for Appointment as
17                                                 Guardian at litem*, *377 Declaration* and
CITY OF LOS ANGELES; DOES 1-                    *Consent of Nominee* filed concurrently
18  10,                                            herewith]

19

20                          Defendants.

21

22

23

24

25

26

27

28

1    IT IS HEREBY ORDERED THAT the application of Jasmin Trinidad for

2    appointment as guardian *ad litem* for minor plaintiff L.D. is granted.

3

4    DATED:                                   UNITED STATES DISTRICT COURT

5

6                                   By: _____

7                                        Honorable Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-
[PROPOSED] ORDER GRANTING APPLICATION FOR APPOINTMENT AS GUARDIAN AD LITEM