**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (Bar No. 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista; and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>                Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES; DOES 1-10,<br><br>                Defendants. | Case No. 2:24-cv-07642<br><br>**APPLICATION OF NAYELLI BAUTISTA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.B. AS SUCCESSOR IN INTEREST TO CARLOS DE ANDA**<br><br>[*Consent of Nominee*, *377 Declaration* and *Proposed Order* filed concurrently herewith] |

APPLICATION FOR APPOINTMENT AS GUARDIAN AD LITEM

# APPLICATION OF NEYELLI BAUTISTA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.B. AS SUCCESSOR IN INTEREST TO CARLOS DE ANDA

1. M.B. is a minor plaintiff in the above-referenced case.

2. Nayelli Bautista, who is not a plaintiff in this matter, is the natural mother of minor plaintiff M.B.

3. M.B.'s natural father is Carlos De Anda, who is the decedent in the above-referenced action.

4. Minor plaintiff M.B. has claims, as alleged in the complaint filed in the herein action, arising out of the violation of her rights and her father's civil rights.

5. Nayelli Bautista has no interest potentially adverse to minor plaintiffs M.B.

6. Nayelli Bautista is a responsible adult and fully competent to understand and protect the rights of M.B. *See* Consent of Nominee to Appointment as Guardian *ad Litem* for Minor Plaintiff M.B. filed concurrently herewith.

Plaintiffs therefore respectfully request an order appointing Nayelli Bautista as guardian ad litem for minor plaintiff M.B.

DATED: 9/5/2024

By: *Nayelli Bautista* (DocuSigned, 29907834159D41A...)

Nayelli Bautista

-1-
APPLICATION FOR APPOINTMENT AS GUARDIAN AD LITEM