**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (Bar No. 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista; and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-07642<br><br>**CONSENT OF NOMINEE NAYELLI BAUTISTA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.B. AS SUCCESSOR IN INTEREST TO CARLOS DE ANDA**<br><br>[*Application for Appointment as Guardian ad Litem, 377 Declaration* and *Proposed Order* filed concurrently herewith] |

CONSENT OF NOMINEE FOR APPOINTMENT AS GUARDIAN AD LITEM

## CONSENT OF NOMINEE

I, Nayelli Bautista, the nominee and natural mother of M.B., who is a minor plaintiff in the above-referenced action and a biological child of the decedent, Carlos de Anda, consent to act as guardian *ad litem* for minor plaintiff M.B. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

DATED: 9/5/2024                                                  *Nayelli Bautista*
                                                                                    29907834159D41A...

                                                                                    Nayelli Bautista

-1-
CONSENT OF NOMINEE FOR APPOINTMENT AS GUARDIAN AD LITEM