**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (Bar No. 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:  (818) 347-3333
Fax:  (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista; and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF LOS ANGELES; DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-07642<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF NAYELLI BAUTISTA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.B. AS SUCCESSOR IN INTEREST TO CARLOS DE ANDA**<br><br>[*Application for Appointment as Guardian at litem*, *377 Declaration* and *Consent of Nominee* filed concurrently herewith] |

[PROPOSED] ORDER APPROVING APPLICATION FOR APPOINTMENT AS GUARDIAN AD LITEM

1  IT IS HEREBY ORDERED THAT the application of Nayelli Bautista for
2  appointment as guardian *ad litem* for minor plaintiff M.B. is granted.
3
4     DATED:                                UNITED STATES DISTRICT COURT
5
6                                   By: _____
7                                         Honorable Magistrate Judge

-1-
[PROPOSED] ORDER GRANTING APPLICATION FOR APPOINTMENT AS GUARDIAN AD LITEM