# Exhibit A

# COUNTY OF LOS ANGELES
## REGISTRAR–RECORDER/COUNTY CLERK

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

STATE FILE NUMBER: 3052023209460
LOCAL REGISTRATION NUMBER: 3202319046671

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | CARLOS |
| 2. MIDDLE | |
| 3. LAST (Family) | DE ANDA |
| 4. DATE OF BIRTH | 06/17/1988 |
| 5. AGE Yrs. | 35 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 09/13/2023 |
| 8. HOUR (24 Hours) | 2100 |
| 13. EDUCATION | GED |
| 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH? | YES – MEXICAN AMERICAN |
| 16. DECEDENT'S RACE | HISPANIC |
| 17. USUAL OCCUPATION | CONSTRUCTION WORKER |
| 18. KIND OF BUSINESS OR INDUSTRY | CONSTRUCTION |
| 19. YEARS IN OCCUPATION | 10 |
| 20. DECEDENT'S RESIDENCE | 3411 SIERRA ST. |
| 21. CITY | LOS ANGELES |
| 22. COUNTY/PROVINCE | LOS ANGELES |
| 23. ZIP CODE | 90031 |
| 24. YEARS IN COUNTY | 35 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | BELEN DE ANDA, SISTER |
| 27. INFORMANT'S MAILING ADDRESS | 1155 W. MASLINE ST., COVINA, CA 91722 |
| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF FATHER/PARENT—FIRST | ARTURO |
| 33. LAST | DE ANDA |
| 34. BIRTH STATE | MX |
| 35. NAME OF MOTHER/PARENT—FIRST | AMADA |
| 37. LAST (BIRTH NAME) | VALDEZ |
| 38. BIRTH STATE | MX |
| 39. DISPOSITION DATE | 10/04/2023 |
| 40. PLACE OF FINAL DISPOSITION | FOREST LAWN MEMORIAL PARK, 21300 VIA VERDE DRIVE, COVINA, CA 91724 |
| 41. TYPE OF DISPOSITION(S) | BURIAL |
| 42. SIGNATURE OF EMBALMER | MICHAEL C PHELAN |
| 43. LICENSE NUMBER | EMB9273 |
| 44. NAME OF FUNERAL ESTABLISHMENT | GUERRA & GUTIERREZ MORTUARIES |
| 45. LICENSE NUMBER | FD1442 |
| 46. SIGNATURE OF LOCAL REGISTRAR | MUNTU DAVIS MD |
| 47. DATE | 09/26/2023 |
| 101. PLACE OF DEATH | CALIFORNIA HOSPITAL MEDICAL CENTER - LOS ANGELES |
| 102. IF HOSPITAL, SPECIFY ONE | ER/OP |
| 104. COUNTY | LOS ANGELES |
| 105. FACILITY ADDRESS | 1401 S GRAND AVE |
| 106. CITY | LOS ANGELES |
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | GUNSHOT WOUND TO THE HEAD |
| Time Interval (A) | RAPID |
| 108. DEATH REPORTED TO CORONER | YES – 2023-12322 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |
| 119. MANNER OF DEATH | HOMICIDE |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 09/13/2023 |
| 122. HOUR (24 Hours) | 2008 |
| 123. PLACE OF INJURY | OTHER: PARKING LOT |
| 124. DESCRIBE HOW INJURY OCCURRED | SHOT BY ANOTHER |
| 125. LOCATION OF INJURY | 1235 S NEW HAMPSHIRE AVE, LOS ANGLES, CA 90006 |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | REGINA AUGUSTINE |
| 127. DATE | 09/25/2023 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | REGINA AUGUSTINE, DEP CORONER |

This is to certify that this document is a true copy of the official record filed with the Registrar-Recorder/County Clerk.

*Dean C. Logan*
DEAN C. LOGAN
Registrar-Recorder/County Clerk



JUL 01 2024



*2000001042786*



0010521702 - 02 - E

This copy not valid unless prepared on engraved border displaying the Seal and Signature of the Registrar-Recorder/County Clerk.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE