**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (Bar No. 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:  (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian *ad litem*, Nayelli Bautista and L.D., by and through his Guardian *ad litem*, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased<br><br>    Plaintiffs,<br>  vs.<br><br>CITY OF LOS ANGELES, DOES 1-10;<br><br>    Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>**DECLARATION OF NAYELLI BAUTISTA AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.B. SUCCESSOR IN INTEREST TO CARLOS DE ANDA (C.C.P. § 377.32)**<br><br>**[Cal. Code Civ. Proc. §377]** |

# C.C.P. § 377.32 DECLARATION OF NAYELLI BAUTISTA FOR M.B. AS SUCCESSOR IN INTEREST TO CARLOS DE ANDA

I, Nayelli Bautista, do hereby declare as follows:

1. My name is Nayelli Bautista, I am a competent adult over the age of eighteen and *guardian ad litem* for plaintiff M.B.

2. M.B. was born on March 19, 2008.

3. I am personally familiar with the facts contained herein, and would competently testify thereto if called upon to do so.

4. The name of the decedent in this action is Carlos De Anda ("Decedent").

5. Decedent is the natural father of plaintiff M.B.

6. Decedent died on September 13, 2023, in the city of Los Angeles California.

7. No proceeding is currently pending in California for administration of Decedent's estate.

8. M.B. is Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the biological daughter of Decedent.

9. No other persons have a superior right to commence this action or proceeding or to be substituted for Decedent in this pending action or proceeding, with the exception of minor plaintiff L.D., Decedent's biological minor son, who has also executed a declaration as Decedent's successors-in-interest.

///
///
///
///
///
///

1  10. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Nayelli Bautista, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 9/5/2024 _____
Nayelli Bautista