1 **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
2 dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (Bar No. 339574)
3 sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
4 Woodland Hills, California 91367
Tel:  (818) 347-3333
5 Fax: (818) 347-4118

6 *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista; and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF NAYELLI BAUTISTA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF M.B. AS SUCCESSOR IN INTEREST TO CARLOS DE ANDA**<br><br>[*Application for Appointment as Guardian at litem, 377 Declaration* and *Consent of Nominee* filed concurrently herewith] |

IT IS HEREBY ORDERED THAT the application of Nayelli Bautista for appointment as guardian *ad litem* for minor plaintiff M.B. is granted.

Dated: September 12, 2024

By: _____
STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE