**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (Bar No. 339574)
sleap@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:  (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista; and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; DOES 1-10,<br><br>Defendants. | Case No.<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION OF JASMIN TRINIDAD FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF L.D. AS SUCCESSOR IN INTEREST TO CARLOS DE ANDA<br><br>[*Application for Appointment as Guardian at litem*, *377 Declaration* and *Consent of Nominee* filed concurrently herewith] |

[~~PROPOSED~~] ORDER APPROVING APPLICATION FOR APPOINTMENT AS GUARDIAN AD LITEM

1  IT IS HEREBY ORDERED THAT the application of Jasmin Trinidad for
2  appointment as guardian *ad litem* for minor plaintiff L.D. is granted.

Dated: September 12, 2024

By: _____
STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

-1-
[PROPOSED] ORDER GRANTING APPLICATION FOR APPOINTMENT AS GUARDIAN AD LITEM