LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Shannon J. Leap, Esq. (SBN 339574)
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian *ad litem*, Nayelli Bautista and L.D., by and through his Guardian *ad litem*, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>*Honorable Stephen V. Wilson*<br>*Magistrate Judge Stephanie S. Christensen*<br><br>**JOINT STIPULATION TO CONTINUE INITIAL STATUS CONFERENCE FROM DECEMBER 9, 2024 TO DECEMBER 16, 2024** |

**TO THIS HONORABLE COURT:**

IT IS HEREBY STIPULATED by and between Plaintiffs M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased, and Defendant City of Los Angeles, by and through their respective attorneys of record, as follows:

1. The Parties hereby respectfully stipulate and request to continue the Initial Status Conference now set before the Honorable Stephen V. Wilson from December 9, 2024 at 3 p.m. to December 16, 2024 at 3 p.m.

2. Plaintiffs' lead trial Counsel, Dale K. Galipo is scheduled to be in trial on December 9, 2024 in the matter *Candido Sesma, et al. v. State of California, et al.* (Case No. 5:21-cv-1694-JWH (KKx)) before the Honorable John W. Holcomb. Additionally, Plaintiffs' counsel, Shannon J. Leap will be out of town on December 9, 2024.

3. The Parties have conducted their Early Meeting of Counsel, pursuant to Federal Rule of Civil Procedure, Rule 26 and will be prepared to discuss case management and scheduling with the Court at the Initial Status Conference.

4. The Parties have conferred and all counsel are available on December 16, 2024. If the Court would be agreeable to continue the Initial Status Conference, the Parties would request that the Initial Status Conference be continued to that date or some other later date available for the Court.

DATED: November 13, 2024        **LAW OFFICES OF DALE K. GALIPO**

By:   */s/ Dale K. Galipo*
       Dale K. Galipo
       Shannon J. Leap
       Attorneys for Plaintiffs M.B. and L.D.

DATED: November 14, 2024        HYDEE FELDSTEIN SOTO, City Attorney
                                DENISE C. MILLS, Chief Deputy City Attorney
                                KATHLEEN KENEALY, Chief Assist. City Atty
                                CORY BRENTE, Senior Assistant City Attorney

By_____
       CHRISTIAN R. BOJORQUEZ, DCA
       Attorneys for Defendant CITY OF LOS ANGELES

## **STATEMENT OF LOCAL RULE 5-4.3.4 COMPLIANCE**

I, Shannon J. Leap, counsel of record for Plaintiffs and filer of this document attest that all signatories listed, and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

By:    */s/ Shannon J. Leap*
        Shannon J. Leap
        Attorneys for Plaintiffs M.B. and L.D.