# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian *ad litem*, Nayelli Bautista and L.D., by and through his Guardian *ad litem*, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>*Honorable Stephen V. Wilson*<br>*Magistrate Judge Stephanie S. Christensen*<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE INITIAL STATUS CONFERENCE FROM DECEMBER 9, 2024 TO DECEMBER 16, 2024** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having considered the Parties' stipulation to continue the Initial Status Conference from December 9, 2024 to December 16, 2024 and GOOD CAUSE appearing therein, hereby GRANTS the request and continues the Initial Status Conference to December 16, 2024.

IT IS SO ORDERED.

Dated: 11/21/2024

_____
United States District Judge