| | |
|---|---|
| Name, Address and Telephone Number of Attorney(s):<br>Dale K. Galipo<br>21800 Burbank Ave., Suite 310<br>Woodland Hills, CA 91367<br>(818)347-3333 | CLEAR FORM |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.B., by and through her G.A.L., Nayelli Bautista; L.D., by and through his G.A.L., Jasmin Trinidad; as individuals and successors<br><br>v.<br>Plaintiff(s)<br><br>City of Los Angeles, DOES 1-10,<br><br>Defendant(s). | CASE NUMBER<br>2:24cv07642SVWSSC<br><br>REQUEST:<br>ADR PROCEDURE SELECTION |

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the ☐ magistrate judge assigned to the case *or* ☐ the magistrate judge in Santa Barbara for such settlement proceedings as the judge may conduct or direct.

☒ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 11/26/2024           /s/ Dale K. Galipo
                            Attorney for Plaintiff M.B., L.D.

Dated: 11/26/2024           /s/ Shannon J. Leap
                            Attorney for Plaintiff M.B., L.D.

Dated: 11/27/2024           [signature]
                            Attorney for Defendant City of Los Angeles

Dated: _____          _____
                            Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (04/18)              REQUEST: ADR PROCEDURE SELECTION              Page 1 of 1