Dale K. Galipo (SBN 144074)
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
(818)347-3333

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her G.A.L., Nayelli Bautista; L.D., by and through his G.A.L., Jasmin Trinidad; as individuals and successors in interest to Carlos De An<br><br>Plaintiff(s)<br><br>v.<br><br>City of Los Angeles, DOES 1-10,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24−cv−07642−SVW−SSC<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that ___Richard Copeland___ may serve as the Panel Mediator in the above-captioned case. ___Shannon J. Leap___ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on ___TBD___ (Date) and counsel will submit mediation statements seven calendar days before the session.

[ ] The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: December 11, 2024        /s/ Dale K. Galipo
                                Attorney For Plaintiff   M.B., L.D.

Dated: December 11, 2024        /s/ Shannon J. Leap
                                Attorney For Plaintiff   M.B., L.D.

Dated: December 27, 2024        Christian Bojorquez, DCA
                                Attorney For Defendant   City of Los Angeles

Dated: 12-27-2024               [signature]
                                Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)            **STIPULATION REGARDING SELECTION OF PANEL MEDIATOR**