LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel:   (818) 347-3333
Fax:  (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased<br><br>            Plaintiffs,<br>    vs.<br><br>CITY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>**STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT**<br><br>*[Redlined [Proposed] First Amended Complaint, Clean First Amended Complaint, and Proposed order filed concurrently herewith]* |

**TO THE HONORABLE COURT**:

Plaintiffs M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased (hereinafter "Plaintiffs") and Defendant CITY OF LOS ANGELES (hereinafter "Defendant"), by and through their attorneys of record, hereby stipulate as follows:

1.     Plaintiffs may file a First Amended Complaint. The parties expressly stipulate that good cause exists for permitting the filing of the First Amended

Complaint to name the involved Los Angeles Police Department Officers as defendants in this case because no party will be prejudiced and because it will facilitate the efficient progress of this litigation.

2. A redlined copy of Plaintiffs' Proposed First Amended Complaint for Damages is attached hereto as "Exhibit A."

3. A "clean" copy of Plaintiffs' Proposed First Amended Complaint for Damages is attached hereto as "Exhibit B."

4. The First Amended Complaint will serve as the operative complaint in this above-referenced litigation.

5. Plaintiffs shall file the First Amended Complaint no more than seven (7) days after the date of the Court's order approving this stipulation.

6. Defendant City shall accept service of the First Amended Complaint via the electronic case filing system, and Plaintiffs shall serve the Defendant Officers directly.

7. Defendant's responsive pleading to Plaintiffs' First Amended Complaint shall be served and filed no more than twenty-one (21) days after the date of service.

**IT IS SO STIPULATED**.

DATED: January 13, 2025      LAW OFFICES OF DALE K. GALIPO

By  */s/ Dale K. Galipo*
        Dale K. Galipo
     Attorney for Plaintiffs

DATED: January 13, 2025      HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy Attorney
KATHLEEN KANEALY, Chief Assist. City Atty
CORY M. BRENTE, Sr. Assist. City Attorney

By _____
         Christian Bojorquez, DCA
*Attorneys for Defendant* CITY OF LOS ANGELES