# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>**[PROPOSED] ORDER RE: STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having reviewed the Parties' Stipulation for Leave for Plaintiffs to File a First Amended Complaint, and finding good cause therefrom, hereby orders the following:

　　1. Plaintiffs are granted leave to file a First Amended Complaint.

2. The First Amended Complaint will serve as the operative complaint in this above-referenced litigation.

3. Plaintiffs shall file the First Amended Complaint no more than seven (7) days after the date of the Court's order approving this stipulation.

4. Defendant City shall accept service of the First Amended Complaint via the electronic case filing system, and Plaintiffs shall serve the Defendant Officers directly.

5. Defendants' responsive pleading to Plaintiffs' First Amended Complaint shall be served and filed no more than twenty-one (21) days after the date of service.

**IT IS SO ORDERED.**

DATED: January 14, 2025        UNITED STATES DISTRICT COURT

By _____
Honorable Stephen V. Wilson
United States District Court Judge

-1-
STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES

-2-
STIPULATION FOR LEAVE FOR PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES