| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>LAW OFFICES OF DALE K. GALIPO<br>Dale K. Galipo, Esq. (SBN 144074)<br>dalekgalipo@yahoo.com<br>Marcel F. Sincich, Esq. (SBN 319508)<br>msincich@galipolaw.com<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367<br>Phone: (818) 347-3333; Fax: (818) 347-4118 | |
| ATTORNEY(S) FOR: PLAINTIFFS | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and though her Guardian ad Litem, Nayelli Bautista, et al.<br><br>Plaintiff(s),<br>v.<br>CITY OF LOS ANGELES; JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 3 through 10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-07642-SVW-SSC<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____M.B. a minor, and L.D. a minor_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. M.B. a minor | 1. Plaintiff |
| 2. L.D. a minor | 2. Plaintiff |
| 3. CITY OF LOS ANGELES | 3. Defendant |
| 4. JOSE ARTEAGA MAYAN | 4. Defendant |
| 5. KASSANDRA RODRIGUEZ | 5. Defendant |

| | |
|---|---|
| January 20, 2025<br>Date | /s/ Marcel F. Sincich<br>Signature |

Attorney of record for (or name of party appearing in pro per):

PLAINTIFFS M.B. and L.D