AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and through his Guardian ad litem, Jasmin Trinidad, (See Attachment # 1)<br><br>*Plaintiff(s)*<br>v.<br>CITY OF LOS ANGELES; JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive,<br><br>*Defendant(s)* | Civil Action No. 2:24-cv-07642-SVW-SSC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  CITY OF LOS ANGELES; JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive

c/o Defense Counsel
LOS ANGELES CITY ATTORNEY'S OFFICE
200 N. Main Street, 6th Floor, City Hall
(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
dalekgalipo@yahoo.com; msincich@galipolaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-07642-SVW-SSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

```
 1  LAW OFFICES OF DALE K. GALIPO
    Dale K. Galipo, Esq. (SBN 144074)
 2  dalekgalipo@yahoo.com
    Marcel F. Sincich (SBN 319508)
 3  21800 Burbank Boulevard, Suite 310
    Woodland Hills, CA  91367
 4  Telephone:  (818) 347-3333
    Facsimile:   (818) 347-4118
 5
    Attorneys for Plaintiffs
 6
 7
                    UNITED STATES DISTRICT COURT
 8
                  CENTRAL DISTRICT OF CALIFORNIA
 9
10
```

| | |
|---|---|
| M.B., by and through her Guardian *ad litem*, Nayelli Bautista and L.D., by and through his Guardian *ad litem*, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES; JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. Case No. 2:24-cv-07642-SVW-SSC<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES**<br><br>1. Unreasonable Search and Seizure—Excessive Force (42 U.S.C. § 1983)<br>2. Unreasonable Search and Seizure—Denial of Medical Care (42 U.S.C. § 1983)<br>3. Denial of Familial Relationship – Substantive Due Process, Fourteenth Amendment (42 U.S.C. § 1983)<br>4. Municipal Liability – Ratification (42 U.S.C. § 1983)<br>5. Municipal Liability – Inadequate Training (42 U.S.C. § 1983)<br>6. Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)<br>7. Battery<br>8. Negligence<br>9. Bane Act (Cal. Civil Code 52.1)<br><br>**DEMAND FOR JURY TRIAL** |

-1-
FIRST AMENDED COMPLAINT FOR DAMAGES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

M.B., by and through her Guardian ad litem, et al v. City of Los Angeles, et al

2:24-cv-077642-SVW-SSC

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

**LOS ANGELES CITY ATTORNEY'S OFFICE**
HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney (SBN 115453)
CHRISTIAN R. BOJORQUEZ, Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023 | Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org, caroline.castillo@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES; Jose Arteaga Mayan, Kassandra Rodriguez