**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax:  (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to Carlos De Anda, deceased,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF LOS ANGELES, JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | **Case No. 2:24-cv-07642 SVW (SSC)**<br>*Assigned to Hon. Stephen V. Wilson; Ctrm 10A*<br>*Mag. Stephanie Christensen; Ctrm 790 (Roybal)*<br><br>**DEFENDANT CITY OF LOS ANGELES' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

COMES NOW Defendant CITY OF LOS ANGELES answering the Plaintiff's First Amended Complaint for Damages for itself and for no other party admits, denies and alleges as follows:

## **INTRODUCTION**

1.　　Answering paragraph 1, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

## JURISDICTION AND VENUE

2.    Answering paragraph 2, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

3.    Answering paragraph 3, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## PARTIES

4.    Answering paragraph 4, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

5.    Answering paragraph 5, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

6.    Answering paragraph 6, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

7.    Answering paragraph 7 no factual allegations are made therein, and on that basis the paragraph goes unanswered.

8.    Answering paragraph 8, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

9.    Answering paragraph 9, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

10.    Answering paragraph 10, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

2

11.     Answering paragraph 11, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

12.     Answering paragraph 12, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

13.     Answering paragraph 13, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

14.     Answering paragraph 14, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

15.     Answering paragraph 15, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

16.     Answering paragraph 16, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

17.     Answering paragraph 17, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

18.     Answering paragraph 18, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

19.     Answering paragraph 19, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

3

20.   Answering paragraph 20, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

21.   Answering paragraph 21, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

22.   Answering paragraph 22, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

23.   Answering paragraph 23, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

24.   Answering paragraph 24, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

25.   Answering paragraph 25, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

26.   Answering paragraph 26, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

27.   Answering paragraph 27, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

28.   Answering paragraph 28, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

4

29.    Answering paragraph 29, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

30.    Answering paragraph 30, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

31.    Answering paragraph 31, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

32.    Answering paragraph 32, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

33.    Answering paragraph 33, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

34.    Answering paragraph 34, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

35.    Answering paragraph 35, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

36.    Answering paragraph 36, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

/ / /

/ / /

# FIRST CLAIM FOR RELIEF

## Unreasonable Search and Seizure – Excess Force (42 U.S.C. § 1983)

### (Against Defendants DOE OFFICERS)

37.     Answering paragraph 37, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

38.     Answering paragraph 38, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

39.     Answering paragraph 39, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

40.     Answering paragraph 40, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

41.     Answering paragraph 41, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

42.     Answering paragraph 42, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

43.     Answering paragraph 43, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

44.     Answering paragraph 44, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

45.     Answering paragraph 45, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SECOND CLAIM FOR RELIEF

## Unreasonable Search and Seizure – Denial of Medical Care (42 U.S.C. § 1983)

## (Against Defendants DOE OFFICERS)

46.     Answering paragraph 46, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

47.     Answering paragraph 47, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

48.     Answering paragraph 48, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

49.     Answering paragraph 49, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

50.     Answering paragraph 50, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

51.     Answering paragraph 51, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

52.     Answering paragraph 52, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

53.     Answering paragraph 53, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

54.     Answering paragraph 54, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## THIRD CLAIM FOR RELIEF

### Fourteenth Amendment – Denial of Familial Relationship (42 U.S.C. § 1983)

### (Against DOE OFFICERS)

55.     Answering paragraph 55, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

56.     Answering paragraph 56, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

57.     Answering paragraph 57, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

58.     Answering paragraph 58, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

59.     Answering paragraph 59, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

60.     Answering paragraph 60, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

61.     Answering paragraph 61, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

62.     Answering paragraph 62, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

63.     Answering paragraph 63, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

64.     Answering paragraph 64, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

65.     Answering paragraph 65, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**FOURTH CLAIM FOR RELIEF**

**Municipal Liability – Ratification (42 U.S.C. § 1983)**

**(Against Defendants CITY and DOES 8-10)**

66.     Answering paragraph 66, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

67.     Answering paragraph 67, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

68.     Answering paragraph 68, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

69.     Answering paragraph 69, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

70.     Answering paragraph 70, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

71.     Answering paragraph 71, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

72.     Answering paragraph 72, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

73.     Answering paragraph 73, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

### FIFTH CLAIM FOR RELIEF

### Municipal Liability – Failure to Train (42 U.S.C. § 1983)

### (Against Defendants CITY and DOES 8-10)

74.     Answering paragraph 74, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

75.     Answering paragraph 75, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

76.     Answering paragraph 76, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

77.    Answering paragraph 77, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

78.    Answering paragraph 78, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

79.    Answering paragraph 79, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80.    Answering paragraph 80, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80a.    Answering paragraph 80a, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80b.    Answering paragraph 80b, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80c.    Answering paragraph 80c, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations

80d.    Answering paragraph 80d, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80e.    Answering paragraph 80e, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

11

80f.    Answering paragraph 80f, defendant denies the allegations contained therein.

80g.    Answering paragraph 80g, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80h.    Answering paragraph 80h, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

80i.    Answering paragraph 80i, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

81.    Answering paragraph 81, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

82.    Answering paragraph 82, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

83.    Answering paragraph 83, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FIFTH CLAIM FOR RELIEF

### Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)

### (Against Defendants CITY and DOES 8-10)

84.    Answering paragraph 84, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

/ / /

/ / /

85.    Answering paragraph 85, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

86.    Answering paragraph 86, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

87.    Answering paragraph 87, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88.    Answering paragraph 88, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88a.    Answering paragraph 88a, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88b.    Answering paragraph 88b, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88c.    Answering paragraph 88c, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88d.    Answering paragraph 88d, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88e.    Answering paragraph 88e, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

88f.    Answering paragraph 88f, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88g.    Answering paragraph 88g, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88h.    Answering paragraph 88h, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

88i.    Answering paragraph 88i, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

89.    Answering paragraph 89, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

90.    Answering paragraph 90, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91.    Answering paragraph 91, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91a.    Answering paragraph 91a, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91b.    Answering paragraph 91b, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

91c.    Answering paragraph 91c, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91d.    Answering paragraph 91d, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

91e.    Answering paragraph 91e, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91f.    Answering paragraph 91f, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

91g.    Answering paragraph 91g, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91h.    Answering paragraph 91h, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

91i.    Answering paragraph 91i, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

92.    Answering paragraph 92, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

93.    Answering paragraph 93, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

/ / /

/ / /

94.    Answering paragraph 94, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## SEVENTH CLAIM FOR RELIEF

### Batter (Wrongful Death)

### (Against Defendants CITY and DOE OFFICERS)

95.    Answering paragraph 95, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

96.    Answering paragraph 96, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

97.    Answering paragraph 97, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

98.    Answering paragraph 98, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

99.    Answering paragraph 99, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

100.    Answering paragraph 100, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

101.    Answering paragraph 101, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

16

# EIGHTH CLAIM FOR RELIEF

## Negligence (Wrongful Death)

## (Against All Defendants)

102.   Answering paragraph 102, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

103.   Answering paragraph 103, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

103a.  Answering paragraph 103a, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

103b.  Answering paragraph 103b, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

103c.  Answering paragraph 103c, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

103d.  Answering paragraph 103d, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

103e.  Answering paragraph 103e, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

103f.  Answering paragraph 103f, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

104. Answering paragraph 104, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

105. Answering paragraph 105, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

**NINTH CLAIM FOR RELIEF**

**Violation of Cal. Civil Code §52.1 (Bane Act)**

**(Against All Defendants)**

106.   Answering paragraph 106, which incorporates by reference the allegations of other paragraphs of the pleading, defendant to the same extent incorporates by reference the answers provided herein to those paragraphs.

107.   Answering paragraph 107, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

108.   Answering paragraph 108, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

109.   Answering paragraph 109, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

110.   Answering paragraph 110, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

111.   Answering paragraph 111, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

/ / /

112.    Answering paragraph 112, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

113.    Answering paragraph 113, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

114.    Answering paragraph 114, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

115.    Answering paragraph 115, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

116.    Answering paragraph 116, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

117.    Answering paragraph 117, defendant lacks sufficient information and belief upon which to answer the allegations contained therein, and on that basis denies the allegations.

## FIRST AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, this answering Defendant is protected from liability under the doctrine of qualified immunity, because Defendant's conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## SECOND AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

/ / /

/ / /

### THIRD AFFIRMATIVE DEFENSE

Neither a public entity, nor a public employee, is liable for his/her act or omission, exercising due care, in the execution or enforcement of any law.

### FOURTH AFFIRMATIVE DEFENSE

Wrongful act of Plaintiff Decedent or others.  Any injury or damage suffered was due to or caused solely by reason of Plaintiff or other's wrongful acts and conduct, and not by reason of any wrongful acts or omissions of Plaintiff Decedent.

### FIFTH AFFIRMATIVE DEFENSE

If there was a violation, Defendant is entitled to qualified immunity because their conduct was reasonable based upon the information that they possessed.  They reasonably believed "in good faith" that what they did was lawful and appropriate, and relied upon information provided to them.  Moreover, they acted under a reasonable, even if mistaken, belief that what they did was reasonable, appropriate and lawful.

### SIXTH AFFIRMATIVE DEFENSE

Defendant is immune from liability pursuant to the provisions of each of the following California statutes, each of which is set forth as a separate and distinct affirmative defense: Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4, 820.6, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4, as well as Civil Code §43.55 & 47 and Penal Code 847(b).

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff Decedent actual knowledge of the condition and particular danger alleged, knew and understood the degree of the risk involved, and voluntarily assumed such risk.

### EIGHTHTH AFFIRMATIVE DEFENSE

Defendant's action is privileged pursuant to Civil Code, Section 47.

### NINTH AFFIRMATIVE DEFENSE

The force used against Plaintiff Decedent, if any, was caused and necessitated by the actions of Plaintiff Decedent, and was reasonable and necessary for self-defense.

/ / /

## TENTH AFFIRMATIVE DEFENSE

The force used against Plaintiff Decedent, if any, was caused and necessitated by the actions of others, and was reasonable and necessary for the defense of others.

## ELEVENTH AFFIRMATIVE DEFENSE

The force used against Plaintiff Decedent, if any, was caused and necessitated by the actions of Plaintiff Decedent, and was reasonable and necessary for self-defense/officer safety.

## TWELFTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff Decedent, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## THIRTEENTH AFFIRMATIVE DEFENSE

The damages alleged, if any, were directly and proximately caused and contributed to by the negligence of Plaintiff Decedent, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

## FOURTEENTH AFFIRMATIVE DEFENSE

Apportionment of Fault:  If it is found that any Defendant is legally responsible for the damages, if any, which Defendant specifically denies, then such damages were proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against any Defendant be reduced by that percentage of fault to be found to exist of Plaintiff Decedent or others and causative fault, whether sued herein or not.

## DEMAND FOR JURY TRIAL

Defendant hereby demands and requests a trial by jury in this matter.

/ / /

/ / /

21

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiffs take nothing by this action;

2. That the action be dismissed;

3. That Defendant be awarded costs of suit;

4. That Defendant be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: January 31, 2025      HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By: _/s/ Christian R. Bojorquez_
CHRISTIAN R. BOJORQUEZ, Deputy City Atty.
*Attorneys for Defendant* CITY OF LOS ANGELES