**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax:  (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to Carlos De Anda, deceased,<br><br>                    Plaintiff,<br><br>    vs.<br><br>CITY OF LOS ANGELES, JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, Inclusive,<br><br>                    Defendants. | **Case No. 2:24-cv-07642 SVW (SSC)**<br>*Assigned to Hon. Stephen V. Wilson; Ctrm 10A*<br>*Mag. Stephanie Christensen; Ctrm 790 (Roybal)*<br><br>**DECLARATION OF CHRISTIAN R. BOJORQUEZ IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES AND NAMED, BUT UNSERVED, DEFENDANTS JOSE ARTEAGA MAYEN AND KASSANDRA RODRIGUEZ' MOTION FOR SUMMARY JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

# DECLARATION OF CHRISTIAN R. BOJORQUEZ

I, CHRISTIAN R. BOJORQUEZ, declare:

I am a Deputy City Attorney with the Los Angeles City Attorney's Office and am counsel of record for Defendants City of Los Angeles in the matter of *M.B. v. City of Los Angeles, et al.*, Case No. 2:24-cv-07642 SVW (SSCx). I make this Declaration in support of Defendant City of Los Angeles and named, but unserved, Defendants' Motion for Summary Judgment. I have personal knowledge of the facts stated herein and if called upon as a witness I would and could competently testify thereto. I make this declaration based upon my own personal knowledge, except upon those matters stated upon information and belief, and if called upon I would competently testify under penalty of perjury as follows:

1. Attached herein as Exhibit 1 and Exhibit 2 are true, accurate and correct copies of LAPD Communications' Division 911 Calls;
2. Attached herein as Exhibit 3, Exhibit 4 and Exhibit 7 are true, accurate and correct copies of LAPD Communications' Division Olympic Audio Base Frequencies;
3. Attached herein as Excerpts of Depositions of Rodriguez and Mayen are true, accurate and correct copies of their respective Depositions that were taken by Plaintiffs in this matter;
4. Attached herein as Exhibit 6 are true, accurate and correct photographs of the knife recovered from decedent Carlos De Anda (hereinafter "De Anda");
5. Attached herein as Exhibit 11 is a true, accurate and correct copy of the Los Angeles County Coroner's Office's Forensic Science Laboratories – Laboratory Analysis Summary Report -Tox Screen for De Anda.

/ / /

/ / /

6. Attached herein as Exhibit 13 is a true, accurate and correct copy of identified excerpts of the Deposition of Officer Jose Arteaga Mayen, hereinafter referred to as "Mayen Depo."

7. Attached herein as Exhibit 14 is a true, accurate and correct copy of identified excerpts of the Deposition of Officer Kassandra Rodriguez, hereinafter referred to as "Rodriguez Depo."

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this Declaration was executed this 15th day of March, 2025, in the City and County of Los Angeles, California.

/s/ *Christian R. Bojorquez*
CHRISTIAN R. BOJORQUEZ, Declarant