**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax:  (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to Carlos De Anda, deceased,<br><br>　　　　　　Plaintiff,<br>　vs.<br>CITY OF LOS ANGELES, JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, Inclusive,<br><br>　　　　　　Defendants. | **Case No. 2:24-cv-07642 SVW (SSC)**<br>*Assigned to Hon. Stephen V. Wilson; Ctrm 10A*<br>*Mag. Stephanie Christensen; Ctrm 790 (Roybal)*<br><br>**DECLARATION OF KASSANDRA RODRIGUEZ IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES AND NAMED, BUT UNSERVED, DEFENDANTS JOSE ARTEAGA MAYEN AND KASSANDRA RODRIGUEZ' MOTION FOR SUMMARY JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

# DECLARATION OF KASSANDRA RODRIGUEZ

I, KASSANDRA RODRIGUEZ, declare:

1.       I am employed by the City of Los Angeles as a Los Angeles Police Officer and was working in my official capacity on September 13, 2023.  I was one of two (2) Officers that used deadly force on that day and I am providing this Declaration in support of a Motion for Summary Judgment in the matter of *M.B. v. City of Los Angeles, et al.*, Case No. 2:24-cv-07642 SVW (SSCx).  I make this Declaration in support of Defendants City of Los Angeles and named, but unserved, Defendants' Motion for Summary Judgment.  I have personal knowledge of the facts stated herein and if called upon as a witness I would and could competently testify thereto.  I make this declaration based upon my own personal knowledge, except upon those matters stated upon information and belief, and if called upon I would competently testify under penalty of perjury as follows:

2.       On September 13, 2023, I was assigned as a Patrol Officer to the Los Angeles Police Department Olympic Division.  I was wearing a Body-Worn Video which was activated and recording during the incident involving decedent Carlos De Anda (hereinafter "De Anda") and I was dressed in a full LAPD uniform.  Attached herein as Exhibit 9 is a true, correct, authentic and accurate copy of my personal Body-Worn Video (hereinafter Exhibit 9: "Rodriguez BWV") from September 13, 2023 involving De Anda. Attached herein as Exhibit 9-A is a true, correct, authentic and accurate copy of my personal BWV from September 13, 2023 involving De Anda that was slowed down and zoomed.  Finally, attached herein as Exhibit 10 is a true, correct, authentic and accurate Clip of my personal BWV from September 13, 2023 involving the shooting of De Anda and the Recovery of the knife, along with Exhibit 10-A which is a slowed down version.

/ / /

/ / /

/ / /

2

3. On September 13, 2023, I was working with a partner, Officer Hernandez, and we were arrived as a back-up Unit to the primary LAPD Unit to arrive at the incident, Defendant Mayen and Officer Matthew Morse.

4. At the time I arrived at scene, the southern gate to the parking lot (where De Anda eventually was located in & located mid-block on the East side of the 1200 block of New Hampshire Ave, hereinafter "parking lot") was open. This can be seen on my BWV (Exhibit 9) as I walk eastbound towards the sidewalk. I had no involvement with the gate, nor did Officer Hernandez, as that southern gate was open upon my arrival.

5. Upon arriving, I positioned myself by the southern gate and I held that position while Defendant Mayen continued attempts to speak with De Anda.

6. At some point, I observed De Anda advancing and then he stopped just east of my location. I did not fire my weapon because De Anda did not pose an imminent threat of death or serious bodily injury at that time. It wasn't until De Anda, while still armed, began to advance again from a distance of approximately 20 – 25 feet which caused me to fire my weapon at total of three (3) times to prevent De Anda from killing me or hurting others, as he presented an imminent threat of serious bodily injury and/or death at that time to both myself, fellow Officers, any citizens behind me. I recall this because De Anda's eyes seemed evil and aggressive, especially while running at me with a knife. This time period from De Anda's initial advancement to the time I fired my first shot was eight (8) seconds.

7. I had less than one (1) second to react to De Anda's advancement towards me in deciding when to fire my weapon. I fired a total of three (3) shots, assessing as I fired each shot while perceiving that De Anda still posed an imminent threat (while armed) of serious bodily injury and/or death and I stopped firing after my third (3rd) shot, where I acknowledged that the threat De Anda posed had stopped.

8. My BWVs mentioned above capture De Anda in possession of the knife prior to and throughout the shooting by both myself and Defendant Mayen, including

3

1 after the shooting wherein the weapon is still in the possession of De Anda as Officer
2 Morse approaches De Anda and removes it from him.
3     9.    I provided the following statements to De Anda before I fired my weapon:
4 "Hey, get, Put the, Put the Knife Down, Put the Knife Down, Put the" (1st Shot Fired).
5     10.    My BWVs (Exhibit 9, Exhibit 9-A, Exhibit 10 & 10-A) are essentially the
6 "best evidence' in this case, as it captured in real time the events which led up to the
7 tragic shooting of De Anda. Those BWVs provide the "best evidence" of how De Anda
8 posed an imminent threat of serious bodily injury and/or death which caused me to fire a
9 total of three (3) shots to stop the threat he posed to myself, my fellow officer and
10 citizens in the area.
11     I declare under penalty of perjury under the laws of the United States and the State
12 of California that the foregoing is true and correct and that this Declaration was executed
13 this 14th day of March, 2025, in the City and County of Los Angeles, California.

_____
KASSANDRA RORIGUEZ, Declarant

4