**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax:  (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to Carlos De Anda, deceased,<br><br>Plaintiff,<br>vs.<br><br>CITY OF LOS ANGELES, JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, Inclusive,<br><br>Defendants. | **Case No. 2:24-cv-07642 SVW (SSC)**<br>*Assigned to Hon. Stephen V. Wilson; Ctrm 10A*<br>*Mag. Stephanie Christensen; Ctrm 790 (Roybal)*<br><br>**DECLARATION OF MATTHEW MORSE IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES AND NAMED, BUT UNSERVED, DEFENDANTS JOSE ARTEAGA MAYEN AND KASSANDRA RODRIGUEZ' MOTION FOR SUMMARY JUDGMENT** |

///
///
///
///
///
///
///

1

## DECLARATION OF MATTHEW MORSE

I, MATTHEW MORSE, declare:

1. I am employed by the City of Los Angeles as a Los Angeles Police Officer and was working in my official capacity on September 13, 2023. I am providing this Declaration in support of a Motion for Summary Judgment in the matter of *M.B. v. City of Los Angeles, et al.,* Case No.2:24-cv-07642 SVW (SSCx). I have personal knowledge of the facts stated herein and if called upon as a witness I would and could competently testify thereto. I make this declaration based upon my own personal knowledge, except upon those matters stated upon information and belief, and if called upon I would competently testify under penalty of perjury as follows:

2. On September 13, 2023, I was assigned as a Patrol Officer to the Los Angeles Police Department Olympic Division. I was wearing a Body-Worn Video which was activated and recording during the incident involving decedent Carlos De Anda (hereinafter "De Anda") and I was dressed in a full LAPD uniform. Attached herein as Exhibit 12 is a true, correct, authentic and accurate copy of my personal Body-Worn Video (hereinafter "Exhibit 12: Morse BWV) from September 13, 2023 involving De Anda.

3. At approximately 8:33:23 pm, Named Defendant Rodriguez and her partner Officer Hernandez arrived at the incident location. Upon her arrival, I recognized that the southern gate to the parking lot was open as Defendant Rodriguez had entered past the fence line. I had no involvement with the gate, nor did Officer Mayen, as that southern

///
///
///
///
///
///
///
///

1  gate was closed upon our arrival. No one from the LAPD made a request for that gate to
2  be opened.
3      I declare under penalty of perjury under the laws of the United States and the State
4  of California that the foregoing is true and correct and that this Declaration was executed
5  this 14th day of March, 2025, in the City and County of Los Angeles, California.

_____
MATTHEW MORSE, Declarant