**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax:  (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to Carlos De Anda, deceased,<br><br>               Plaintiff,<br><br>     vs.<br><br>CITY OF LOS ANGELES, JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, Inclusive,<br><br>               Defendants. | **Case No. 2:24-cv-07642 SVW (SSC)**<br>*Assigned to Hon. Stephen V. Wilson; Ctrm 10A*<br>*Mag. Stephanie Christensen; Ctrm 790 (Roybal)*<br><br>**DECLARATION OF BOONTHIDA N. SILANANDA IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES AND NAMED, BUT UNSERVED DEFENDANTS JOSE ARTEAGA MAYEN AND KASSANDRA RODRIGUEZ' MOTION FOR SUMMARY JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

**DECLARATION OF BOONTHIDA N. SILANANDA**

I, BOONTHIDA N. SILANANDA, declare:

1. I am a Certified Litigation Paralegal for the City of Los Angeles. In that capacity, I have been assigned to assist Deputy City Attorney Christian Bojorquez in representing Defendant CITY OF LOS ANGELES in *M.B. v. City of Los Angeles, et al.*, Case No. 2:24-cv-07642 SVW (SSCx). I make this Declaration in support of Defendant City of Los Angeles and named, but unserved Defendants' Motion for Summary Judgment. I have personal knowledge of the facts stated herein and if called upon as a witness I would and could competently testify thereto.

2. On March 13, 2025, I used AVS Video Editor software to slow down the speed of the body worn video clip of named Defendant Officer Jose Arteaga Mayan, labeled as Exhibit 5-A - Demonstrative "Slow Motion" Clip of Exhibit 5 - Mayen BWV.

3. On March 13, 2025, I used AVS Video Editor software to slow down the speed, and VLC Media Player to zoom in, on the body worn video clip of named Defendant Officer Kassandra Rodriguez, labeled as Exhibit 9-A: Demonstrative "Slow Motion & Zoomed" Clip of Exhibit 9 – Rodriguez BWV.

4. On March 13, 2025, I used AVS Video Editor software to slow down the speed on the body worn video clip of named Defendant Officer Kassandra Rodriguez labeled as Exhibit 10-A: Demonstrative "Slow Motion" Clip of Exhibit 10 – Rodriguez BWV – Recovery of Knife.

5. On March 13, 2025, I used VLC Media Player to create still photographs depicting the knife, from the BWV of Officer Kassandra Rodriguez at 20:36:43 and 20:36:49 labeled as pages 2 and 3 of Exhibit 6 – Photos of Knife.

6. On March 13, 2025, I used Adobe Acrobat software to create red circles around the knife shown on pages 2 and 3 of Exhibit 6 – Photos of Knife.

///

///

7. The above-mentioned exhibits are true, accurate and correct copies of those particular videos which I worked on.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 14th day of March, 2025, at Los Angeles, California.

/s/ *Boonthida N. Silananda*
BOONTHIDA N. SILANANDA, Declarant