# EXHIBIT 1

LAPD COMMUNICATIONS  911 CALL – 18.14 HOUR

(To Be Manually Filed)

Case 2:24-cv-07642-SVW-SSC   Document 42-7   Filed 03/17/25   Page 2 of 2   Page ID #:364