**M.B. a minor, et al. v. CITY OF LOS ANGELES, et al.**
**USDC CASE NO. 2:24-cv-07642 SVW (SSC)**
**EXHIBIT 1-A: English Translation of 911 Call of Rosa Maria Fuentes De Leon with Emergency Board Operator (2:46 min.)**

| Time Stamp | Speaker | Transcription | Translation |
|---|---|---|---|
| September 13, 2023 18:14:35 | Operator | *Los Angeles 9-1-1, Operator 346* | Los Angeles, 911, Operator 346 |
| | Rosa Fuentes | *Ay, buenas tardes.* | Hi, good afternoon. |
| | Operator | *¿Si, que paso?* | Yes, what happen? |
| 18:14:45 18:14:55 | Rosa Fuentes | *Ha, fijeste que ahorita hacaba de pasara, aqui nosotros estamos estamos vendiendo en la [indecipherable] y la Vermont y acaba de pasar – venia un hombre de alla de la Pico y vino y paso aqui en frente de nosotros y halo un cuchillo que yo parto, con que yo pello mi fruta.* | Well, listen, just now he just passed by here where we are selling on ____ and Vermont. It just happened; a man was coming from Pico and he came and passed in front of us and he took my knife that I use to cut and peel my fruit. |
| | Operator | *Si* | Yes. |
| 18:15:05 | Rosa Fuentes | *Y se fue, se regre.., se metio el cuchillo. Es un cuchillo grande, se lo metio en la* | And he left, returning, he put the knife, the knife is really big. He placed the knife in his waistband and he went, |

| Time Stamp | Speaker | Transcription | Translation |
|---|---|---|---|
| | | *cintura y se fue sobre, se fue buscando la Pico de regreso.* | he went going back towards Pico. |
| 18:15:15 | Operator | *¿Ok, so usted vende fruta allí? ¿O comida?* | Okay, and you sell fruit there? Or food? |
| | Rosa Fuentes | *Si, yo aquí estoy, si aquí estoy vendiendo en frente, aquí en frente de la estación.* | Yes, I am here selling in front, here in front of the station. |
| 18:15:25 | Rosa Fuentes | *Y hago este reporte porque puede lastimar a alguen y pues, yo he usado ese cuchillo para partir fruta.* | I called in because he can hurt someone and, well, I use that knife to cut my fruit. |
| Wednesday, September 13, 2023 18:15:35 | Operator | *¿Como se llama usted?* | What is your name? |
| | Rosa Fuentes | *Rosa Fuentes* | Rosa Fuentes. |
| | Operator | *¿Sabe donde esta ahorita?* | Do you know where he is now? |
| 18:15:45 <br><br> 18:15:55 | Rosa Fuentes | *El se fue, se fue sobre, se fue aqui sobre toda, toda la Vermont se fue. Anda un 'chort'* | He left, he left, here on Vermont. He had orange shorts and a shirt with brown and white squares. |

EXHIBIT 1A   PAGE 2 OF 2

| Time Stamp | Speaker | Transcription | Translation |
|---|---|---|---|
| 18:16:05 | | *anaranjado y, una, una camisa, una camisa con cuardos asi cafeses y blanco* | |
| | Operator | *¿Que su camisa blanco con café, cuadritos y chores?* | With a white shirt with brown squares and shorts? |
| | Rosa Fuentes | *Con café.* | … brown. |
| 18:16:15 | Operator | *¿Y un chort anaranjado?* | And with orange shorts? |
| | Rosa Fuentes | *Chort anaranjado, aha. Si un chort anaranjado. Alto.* | Orange short, yes, orange shorts. He's tall. |
| | Operator | *¿Um, como de cuanto años?* | Um, about how old is he? |
| 18:16:25 | Rosa Fuentes | *Alto, flaco. De como unos 30-35 años. Y le quise quitar el cuchillo pero se me fue encima. No queria que se lo levara.* | He was tall and skinny. He's about 30 – 35 years old. I tried to take the knife away but he came at me. I didn't want him to take it with him. |
| | Operator | *¿Le pego?* | Did he hit you? |
| Wednesday, September 13, 2023 18:16:35 | Rosa Fuentes | *No, no me puego, se me echó encima con el cuchillo pero mejor lo deje ir con* | No, no he did not hit me, he came at me with the knife so I just let him go because he could have hurt me. |

| Time Stamp | Speaker | Transcription | Translation |
|---|---|---|---|
| | | *el cuchillo porque me pudo lastimar, aha.* | |
| | Operator | *Okay.* | Okay. |
| | Operator | *¿Um, usted sabe la dirección allí donde esta usted? ¿Si puede ver un numero de edificio o algo?* | Um, do you have an address where you are at? Is there a way to see a number on a building or something? |
| | Rosa Fuentes | *Aquí estamos en el 1133* | We are here at 1133. |
| 18:16:55 | Operator | *Okay, allí le mando la policía para que tome el reporte.* | Okay, I will send the police to take a report. |
| | Rosa Fuentes | *Okay, muchisimas gracias* | Okay, thank you very much. |
| | Operator | *Okay.* | Okay. |
| 18:17:05 | | | |
| ***END OF CLIP*** | | | |