# EXHIBIT 2

LAPD COMMUNICATIONS  911 CALL – 20.06 HOUR

(To Be Manually Filed)