# EXHIBIT 3

LAPD COMMUNICATIONS OLYMPIC FREQUENCY

– 20.08 HOUR (To Be Manually Filed)