# EXHIBIT 4

LAPD COMMUNICATIONS OLYMPIC FREQUENCY

– 20.13 HOUR (To Be Manually Filed)