# EXHIBIT 5

OFFICER MAYEN BODY WORN VIDEO – 20.28.37

(To Be Filed Under Seal)