# EXHIBIT 5A

OFFICER MAYEN BODY WORN VIDEO – 20.28.37

Slow Motion 0.4x  (To Be Filed Under Seal)