
1
METRIC 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15
INCHES 1 2 3 4 5 6


2023-09-13 20:36:43 -0700
AXON BODY 3 X60A8647P


2023-09-13 20:36:49 -0700
AXON BODY 3 X60A8647P