# EXHIBIT 7

LAPD COMMUNICATIONS OLYMPIC FREQUENCY – 27.57 HOUR (To Be Manually Filed)