**M.B. a minor, et al. v. CITY OF LOS ANGELES, et al.**
**USDC CASE NO. 2:24-cv-07642 SVW (SSC)**
**EXHIBIT 8: English Translation of Named Defendant Mayen's Communications with De Anda in Spanish (6:37 min.)**

| Time Stamp | Speaker | Transcription | Translation |
|---|---|---|---|
| 20:29:24 | Officer Mayen | *Ay, ay* | Hey, hey |
| 20:29:32 | Officer Mayen | *Ay, queremos hablar contigo* | Hey, we want to talk to you |
| 20:29:34 | Officer Mayen | *No estás en problemas. Estate allí* | You're not in trouble. Stay right there. |
| 20:29:38 | Officer Mayen | *Estate allí.* | Stay there. |
| 20:29:39 | Officer Mayen | *Ay* | Hey |
| 20:29:57 | Officer Mayen | *Ay, no estas en problemas. No has hecho nada. Queremos solamente hablar contigo.* | Hey, you're not in trouble. You haven't done anything. We only want to talk to you. |
| 20:30:06 | Officer Mayen | *¿Qué paso? Di-Dime! ¿ah?* | What happened? Te-tell me. Huh? |
| 20:30:11 | Officer Mayen | *Okay. Pon el cuchillo abajo.* | Okay. Put the knife down. |
| 20:30:16 | Officer Mayen | *Okay, pero no te puedo escuchar desde allí.* | Okay, but I can't hear you from where you are. |
| 20:30:22 | Officer Mayen | *Ay, no te escucho desde allí.* | Hey, I can't hear you from there. |
| 20:30:24 | Officer Mayen | *Acércate al árbol este* | Move closer to this tree over here. |

| Time Stamp | Speaker | Transcription | Translation |
|---|---|---|---|
| 20:30:28 | Officer Mayen | *Acércate al árbol, quiero hablar contigo solamente.* | Move closer to the tree, I just want to talk to you. |
| 20:30:33 | Decedent | *No, no, espérate* | No, no, wait. |
| 20:30:35 | Officer Mayen | *¿Ah?* | Huh? |
| 20:30:38 | Officer Mayen | *No, yo estoy bien, yo quiero saber, quiero, quiero hablar contigo* | No, I'm okay, I want to know-, I want, I want to talk to you |
| 20:30:47 | Officer Mayen | *No te escucho* | I can't hear you |
| 20:30:50 | Officer Mayen | *Okay, te quiero llamar por nombre, como te llamas?* | Okay, I want to call you by your name, what is your name? |
| 20:30:58 | Officer Mayen | *Okay, solo quiero hablar contigo* | Okay, I just want to talk to you. |
| 20:31:01 | Officer Mayen | *Ven.* | Come. |
| 20:31:04 | Officer Mayen | *Ven paca.* | Come over here. |
| 20:31:10 | Officer Mayen | *Ven paca. Ay, ¿que tienes? Te quiero ayudar.* | Come over here. Hey, what's going on? I want to help you. |
| 20:31:15 | Officer Mayen | *¿Que tienes un problema o qué?* | That you are having problems or what? |
| 20:31:25 | Officer Mayen | *Okay, a dónde?* | Okay, where? |
| 20:31:28 | Officer Mayen | *Es que no te escucho man* | It's because I can't hear you man |
| 20:31:32 | Officer Mayen | *A-acércate al árbol ese. Te quiero, te quiero hablar.* | M-move closer to that tree over there. I want, I want to talk to you. |

EXHIBIT 8   PAGE 2   OF 5

| Time Stamp | Speaker | Transcription | Translation |
|---|---|---|---|
| 20:31:40 | Officer Mayen | *¿Como te llamas?* | What's your name? |
| 20:31:44 | Officer Mayen | *¿Ay, como te llamas?* | Hey, what's your name? |
| 20:32:02 | Officer Mayen | *¿Ay, como te llamas?* | Hey, what's your name? |
| 20:32:06 | Officer Mayen | *Ven, te quiero hablar. Pero necesito que pongas el cuchillo abajo.* | Come, I want to talk to you. But I'm going to need you to put the knife down. |
| 20:32:12 | Officer Mayen | *¿Mande?* | Pardon? |
| 20:32:40 | Officer Mayen | *Ay, no te oigo, espérate. ¿Qué dices?* | Hey, I can't hear you. Hold on. What are you saying? |
| 20:32:46 | Officer Mayen | *¿Qué dices?* | What are you saying? |
| 20:32:50 | Officer Mayen | *Okay, acércate al árbol ese y pon el cuchillo a donde estas* | Okay, get close to that tree over there and place the knife down where you are. |
| 20:32:58 | Officer Mayen | *¿Qué quieres hacer?* | What do you want to do? |
| 20:33:03 | Officer Mayen | *¿Ay, como te llamas?* | Hey, what is your name? |
| 20:33:09 | Officer Mayen | *No te oigo, man. Ay, no te oigo. Hay mucho ruido de los caros.* | I can't hear you, man. Hey, I can't hear you. There's a lot of noise coming from the cars. |
| 20:33:14 | Officer Mayen | *Te quiero escuchar, quiero entender lo que me estás diciendo, pero no te puedo* | I want to hear, I want to listen to what you're telling me but I can't hear because there's a lot of noise. |

EXHIBIT 8   PAGE 3   OF 5

| Time Stamp | Speaker | Transcription | Translation |
|---|---|---|---|
| | | *escuchar porque hay mucho ruido.* | |
| 20:33:21 | Officer Mayen | *Acércate a ese árbol* | Move closer to that tree. |
| 20:33:24 | Decedent | *No entiende* | You don't understand. |
| 20:33:26 | Officer Mayen | *¿Entiendo qué?* | Understand what? |
| 20:33:27 | Decedent | *Yo no quiero vivir.* | I don't want to live. |
| 20:33:28 | Officer Mayen | *¿No quieres vivir?* | You don't want to live? |
| 20:33:39 | Officer Mayen | *Dime, no quieres vivir, porque no quieres vivir* | Tell me, you don't want to live, why don't you want to live? |
| 20:33:45 | Officer Mayen | *Porque no quieres vivir* | Why don't you want to live? |
| 20:33:51 | Officer Mayen | *Espérate, espérate, no hables. Ay, está pasando un avión. No te oigo, no te oigo* | Wait, wait, don't talk. Hey, a plane is passing, I can't hear you, I can't hear you. |
| 20:33:57 | Officer Mayen | *Okay, espérate, deja que pase el avión.* | Okay, wait until the plane passes. |
| 20:34:06 | Officer Mayen | *No te oigo, espérate, déjame, déjame, deja que pase el avión primero y luego ya después hablamos. Espérate.* | I can't hear you, wait. Let me, let me, let's wait for the plane to pass first and then we can talk. Wait. |
| 20:34:13 | Officer Mayen | *Okay. Okay, dime porque no quieres vivir?* | Okay, okay, tell me why you don't want to live? |
| 20:34:21 | Officer Mayen | *Okay.* | Okay. |

EXHIBIT 8   PAGE 4  OF 5

| Time Stamp | Speaker | Transcription | Translation |
|---|---|---|---|
| 20:34:43 | Officer Mayen | *Okay, Ay, ay, no, ay, no, párate allí, párate allí, ay, ay* | Hey, hey, no, hey, no. Stop right there. Stop right there, hey, hey. |
| 20:34:55 | Officer Mayen | *Ay, déjame hablar contigo* | Hey, let me talk to you. |
| 20:35:04 | Officer Mayen | *¿Ay, como te puedo llamar? ¿Como te llamas?* | Hey, what's your name? What's your name? |
| 20:35:12 | Officer Mayen | *Ay, necesito hablar contigo. Pero, ay, no te escucho.* | Hey, I need to talk to you. |
| 20:35:18 | Officer Mayen | *Ba-pon el cuchillo en el suelo.* | Pu-put the knife down on the ground. |
| 20:35:22 | Officer Mayen | *Pon el cuchillo en el suelo.* | Put the knife on the ground. |
| 20:35:29 | Officer Mayen | *¡Ay!* | Hey! |
| 20:35:34 | Officer Mayen | *Ay, pon el cuchillo en el suelo* | Hey, put the knife on the ground. |
| 20:35:45 | Officer Mayen | *Ay, no, no, no, no* | Hey, no, no, no, no. |
| 20:35:49 | Officer Mayen | *Ay, para allí. Para allí. Para allí. Para alli. No. ¡Pare! Ay, pon el cuchillo abajo. Pon el cuchillo abajo. Pon el cuchillo abajo. Pon el cuchillo abajo.* | Hey, stop right there. Stop right there. Stop right there. No. Stop! Hey, put the knife down. Put the knife down. Put the knife down. Put the knife down. |

5

EXHIBIT 8   PAGE 5   OF 5