# EXHIBIT 9

OFFICER RODRIGUEZ BODY WORN VIDEO – 20.34.15

(To Be Filed Under Seal)