# EXHIBIT 9A

OFFICER RODRIGUEZ BODY WORN VIDEO – 20.34.15

Zoom & Slow Motion 0.4x (To Be Filed Under Seal)