# EXHIBIT 10

OFFICER RODRIGUEZ BODY WORN VIDEO CLIP

(To Be Filed Under Seal)