# EXHIBIT 10A

OFFICER RODRIGUEZ BODY WORN VIDEO CLIP

Slow Motion (To Be Filed Under Seal)