


Department of Medical Examiner, County of Los Angeles

# FORENSIC SCIENCE LABORATORIES

1104 North Mission Road, Los Angeles, CA 90033

## Laboratory Analysis Summary Report

**Ortiz, Pedro M.D.**
Deputy Medical Examiner
1104 North Mission Road
Los Angeles, CA 90033

☐ PendingTox

**Case Number:** 2023-12322    **Decedent:** DE ANDA, CARLOS

| SPECIMEN | SERVICE | DRUG | RESULT | ANALYST |
|---|---|---|---|---|
| **Alcohol Quantitation/Confirmation** | | | | |
| Blood, Heart | | | | |
| | Alcohol-GC/FID-HS | Ethanol | Negative | A. Kazaryan |
| **Drug Screen** | | | | |
| Blood, Heart | | | | |
| | ELISA-Immunoassay | Benzodiazepines | ND | A. Martinez |
| | ELISA-Immunoassay | Cocaine and Metabolites | ND | A. Martinez |
| | ELISA-Immunoassay | Fentanyl | ND | A. Martinez |
| | ELISA-Immunoassay | Methamphetamine & MDMA | PP | A. Martinez |
| | ELISA-Immunoassay | Opiates: Codeine & Morphine | ND | A. Martinez |
| | ELISA-Immunoassay | Opiates: Hydrocodone & Hydromorphone | ND | A. Martinez |
| | ELISA-Immunoassay | Phencyclidine | ND | A. Martinez |
| **Drug Screen/Confirmation** | | | | |
| Blood, Femoral | | | | |
| | Sympath. Amines-GC/MS | Amphetamine | 0.19 ug/mL | M. Rodriguez |
| | Sympath. Amines-GC/MS | Ephedrine | ND | M. Rodriguez |
| | Sympath. Amines-GC/MS | Methamphetamine | 2.1 ug/mL | M. Rodriguez |
| | Sympath. Amines-GC/MS | Methylenedioxyamphetamine (MDA) | ND | M. Rodriguez |
| | Sympath. Amines-GC/MS | Methylenedioxymethamphetamine (MDMA) | ND | M. Rodriguez |
| | Sympath. Amines-GC/MS | Pseudoephedrine | ND | M. Rodriguez |
| Blood, Heart | | | | |
| | Bases-GC/NPD &/or MS | Basic Drugs | ND | M. Liebl |
| | Sympath. Amines-GC/MS | Amphetamine | 0.31 ug/mL | M. Rodriguez |
| | Sympath. Amines-GC/MS | Ephedrine | ND | M. Rodriguez |
| | Sympath. Amines-GC/MS | Methamphetamine | 3.1 ug/mL | M. Rodriguez |
| | Sympath. Amines-GC/MS | Methylenedioxyamphetamine (MDA) | ND | M. Rodriguez |
| | Sympath. Amines-GC/MS | Methylenedioxymethamphetamine (MDMA) | ND | M. Rodriguez |

Print Date: Sunday, October 22, 2023    ANAB ISO/IEC 17025:2017 Forensic Science Testing Laboratories    Page 1 of 2

EXHIBIT 11   PAGE 1 OF 2

**Case Number:** 2023-12322   **Decedent:** DE ANDA, CARLOS

| SPECIMEN | SERVICE | DRUG | RESULT | ANALYST |
|---|---|---|---|---|
| | Sympath Amines-GC/MS | Pseudoephedrine | ND | M. Rodriguez |

**Legend:**

| | | | | | |
|---|---|---|---|---|---|
| | | ND | Not Detected | SNS | Specimen Not Suitable |
| g | Grams | ng/g | Nanograms per Gram | TNP | Test Not Performed |
| g% | Gram Percent | ng/mL | Nanograms per Milliliter | ug | Micrograms |
| Inc. | Inconclusive | PP | Presumptive Positive | ug/g | Micrograms per Gram |
| mg | Milligrams | QNS | Quantity Not Sufficient | ug/mL | Micrograms per Milliliter |

The alcohol analysis was performed in accordance to California Code of Regulations "Title 17" compliance by a qualified analyst in the Forensic Toxicology Laboratory. Forensic Laboratories Division, County of Los Angeles Department of Medical Examiner.

Enzyme-linked immunosorbant assay (ELISA) provides only a preliminary analytical result that is contingent upon a confirmatory test. A "presumptive positive" (PP) signifies a detection of a drug class and must be confirmed by additional testing for true identification and/or quantitation of specific drug(s) present in the specimen.

Per the Department's Evidence Retention Policy, the blood specimen(s) will be retained for one year (minimum) and all other specimens six months (minimum) from Postmortem Exam.

**Final Review By:** Sarah Buxton de Quintana  *Digitally signed by Sarah Buxton de Quintana. Date: 2023.10.23 09:20:00 -07'00'*

Sarah Buxton de Quintana
Supervising Criminalist I

The above results relate only to the items sampled and tested and have been technically and administratively reviewed and are the opinions and conclusions of the analysts noted. The final review has been certified by the noted Toxicologist to ensure that all standard operating procedures were followed as set by the Forensic Toxicology Laboratory. Forensic Sciences Laboratory Division, County of Los Angeles Department of Medical Examiner.

CONFIDENTIAL — FOR LAW ENFORCEMENT USE ONLY