# EXHIBIT 12

OFFICER MORSE BODY WORN VIDEO CLIP

(To Be Filed Under Seal)