**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No. 2:24-cv-07642 SVW (SSC)**<br>*Assigned to Hon. Stephen V. Wilson; Ctrm 10A*<br>*Mag. Stephanie Christenseni; Ctrm 790 (Roybal)*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT CITY OF LOS ANGELES AND NAMED, BUT UNSERVED, DEFENDANTS JOSE ARTEAGA MAYEN AND KASSANDRA RODRIGUEZ' MOTION FOR SUMMARY JUDGMENT OF THE FOURTH AMENDMENT SECTION 1983 CLAIMS** |

Defendant CITY OF LOS ANGELES and named, but unserved, Defendants JOSE ARTEAGA MAYEN and KASSANDRA RODRIGUEZ ("Defendants"), Motion for Summary Judgment against Plaintiff M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased ("Plaintiffs") came on regularly before the Honorable Stephen V. Wilson on April 28, 2025. Deputy City Attorney Christian Bojorquez represented the Defendant City of Los Angeles and

named, but unserved Defendants, and Plaintiffs, M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased was represented by Marcel Sincich, Esq.

The Court having read and duly considered the moving, opposing and reply documents, the evidence and argument presented in connection therewith, Defendant CITY OF LOS ANGELES and named, but unserved Defendants JOSE ARTEAGA MAYEN and KASSANDRA RODRIGUEZ' Motion for Summary Judgment is GRANTED in its entirety on the grounds set forth in the moving papers.

**IT IS SO ORDERED**.

DATED: _____     _____
                              HONORABLE STEPHEN V. WILSON
                              UNITED STATES DISTRICT COURT JUDGE