# EXHIBIT 1

LAPD COMMUNICATIONS  911 CALL – 18.14 HOUR

(To Be Manually Filed)