UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF LOS ANGELES, JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | **Case No. 2:24-cv-07642 SVW (SSC)**<br>*Assigned to Hon. Stephen V. Wilson; Ctrm 10A*<br>*Mag. Stephanie Christenseni; Ctrm 790 (Roybal)*<br><br>**[PROPOSED] ORDER RE DEFENDANT CITY OF LOS ANGELES AND NAMED, BUT UNSERVED, DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL OFFICER BODY WORN VIDEO CLIPS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT** |

　　　　IT IS HEREBY ORDERED THAT the below referenced materials in support of Defendant CITY OF LOS ANGELES and named, but unserved, Defendants JOSE ARTEAGA MAYEN and KASSANDRA RODRIGUEZ' Motion for Summary Judgment shall be filed under seal, pursuant to Local Rule 79-5.2. Pursuant thereto, the following documents may be filed under seal:

1

1. Exhibit 5 to the Declaration of Christian Bojorquez: A true and correct copy of Officer Mayan Body Worn Video 20.28.37;
2. Exhibit 5A to the Declaration of Christian Bojorquez: A true and correct copy of Officer Mayan Body Worn Video 20.28.37 (Slow Motion 0.4x);
4. Exhibit 9 to the Declaration of Christian Bojorquez: A true and correct copy of Officer Rodriguez BWV 20.34.15;
5. Exhibit 9A to the Declaration of Christian Bojorquez: A true and correct copy of Officer Rodriguez BWV 20.34.15 (Slow Motion 0.4x);
6. Exhibit 10 to the Declaration of Christian Bojorquez: A true and correct copy of Officer Rodriguez BWV Shooting to Recovery of Knife;
7. Exhibit 10A to the Declaration of Christian Bojorquez: A true and correct copy of Officer Rodriguez BWV Shooting to Recovery of Knife (Slow Motion 0.4x);
8. Exhibit 12 to the Declaration of Christian Bojorquez: A true and correct copy of Officer Morse BWV clip.

IT IS SO ORDERED.

DATED: _____    _____
                                  HONORABLE STEPHEN V. WILSON
                                  UNITED STATES DISTRICT COURT JUDGE