**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney (SBN 212289)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023  |  Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>　　　　　Plaintiff,<br>　vs.<br>　　CITY OF LOS ANGELES, JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | **Case No. 2:24-cv-07642 SVW (SSC)**<br>*Assigned to Hon. Stephen V. Wilson; Ctrm 10A*<br>*Mag. Stephanie Christenseni; Ctrm 790 (Roybal)*<br><br>**PROOF OF SERVICE** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

# PROOF OF SERVICE

Case Name: *M.B., et al. v. City of Los Angeles, et al.*
Case No.: USDC 2:24-CV-07642 SVW (SSCx)

I, CAROLINE N. CASTILLO, declare:

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 200 North Main Street, 600 City Hall East, Los Angeles, California 90012.

On March 15, 2025, I served the foregoing document described as:

1. **DEFENDANT CITY OF LOS ANGELES AND NAMED, BUT UNSERVED, DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL OFFICER BODY WORN VIDEO CLIPS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

2. **DECLARANT OF CHRISTIAN BOJORQUEZ IN SUPPORT OF DEFENDANT CITY OF LOS ANGELES AND NAMED, BUT UNSERVED, DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL OFFICER BODY WORN VIDEO CLIPS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT; EXHIBITS**

3. **[PROPOSED] ORDER RE DEFENDANT CITY OF LOS ANGELES AND NAMED, BUT UNSERVED, DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL OFFICER BODY WORN VIDEO CLIPS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

on the interested parties in this action:

☒ by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

**Dale K. Galipo, Esq.**
**Marcel Sincich, Esq.**
**Law Offices of Dale K. Galipo**
**21800 Burbank Blvd, Suite 310**
**Woodland Hills, CA 91367**
**Phone: (818) 347-3333; Fax: (818) 347-4118**
**Email: dalekgalipo@yahoo.com**
**msincich@galipolaw.com**

☒      **BY MAIL**
I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION.**
I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March, 2025, at Los Angeles, California.

_____
CAROLINE N. CASTILLO