Name & Address:

Christian R. Bojorquez, DCA (SBN 192872)
Office of the City Attorney
200 N. Main St, 6th Fl, Los Angeles, CA 90012
Phone: (213) 978-6900
Attorney for Defendant City of Los Angeles

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| M.B., et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:24-cv-07642 SVW (SSC) |
| v. | |
| City of Los Angeles, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibits to Defendants' Application to File Under Seal, and in support of Defendants'  MSJ
Exhibit 5 - Officer Mayan Body Worn Video 20.28.37
Exhibit 5A - Officer Mayan Body Worn Video 20.28.37 (Slow Motion 0.4x)
Exhibit 9 - Officer Rodriguez BWV 20.34.15
Exhibit 9A - Officer Rodriguez BWV 20.34.15 (Slow Motion 0.4x)
Exhibit 10 - Officer Rodriguez BWV Shooting to Recovery of Knife
Exhibit 10A - Officer Rodriguez BWV Shooting to Recovery of Knife (Slow Motion 0.4x)
Exhibit 12 – Officer Morse Body Worn Video Clip

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| March 15, 2025 | /S/ Christian R. Bojorquez |
|---|---|
| Date | Attorney Name |
| | Defendant City of Los Angeles |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

# PROOF OF SERVICE

Case Name: *M.B., et al. v. City of Los Angeles, et al.*
Case No.: USDC 2:24-CV-07642 SVW (SSCx)

I, CAROLINE N. CASTILLO, declare:

I am employed in the County of Los Angeles, California. I am over the age of 18 years, and not a party to the within action; my business address is 200 North Main Street, 600 City Hall East, Los Angeles, California 90012.

On March 15, 2025, I served the foregoing document described as: **NOTICE OF LODGING OF EXHIBITS TO DEFENDANTS' APPLICATION TO FILE UNDER SEAL** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copies thereof enclosed in sealed envelopes addressed as follows:

**Dale K. Galipo, Esq.**
**Marcel Sincich, Esq.**
**Law Offices of Dale K. Galipo**
**21800 Burbank Blvd, Suite 310**
**Woodland Hills, CA 91367**
**Phone: (818) 347-3333; Fax: (818) 347-4118**
**Email: dalekgalipo@yahoo.com**
**msincich@galipolaw.com**

☒　**BY MAIL**
I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

☒　**BY E-MAIL OR ELECTRONIC TRANSMISSION.**
I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed this 15th day of March, 2025, at Los Angeles, California.

_____
CAROLINE N. CASTILLO