# EXHIBIT 5

OFFICER MAYEN BODY WORN VIDEO – 20.28.37

(To Be Filed Under Seal)

# EXHIBIT 5A

OFFICER MAYEN BODY WORN VIDEO – 20.28.37

Slow Motion 0.4x  (To Be Filed Under Seal)

# EXHIBIT 9

OFFICER RODRIGUEZ BODY WORN VIDEO – 20.34.15

(To Be Filed Under Seal)

# EXHIBIT 9A

OFFICER RODRIGUEZ BODY WORN VIDEO – 20.34.15

Zoom & Slow Motion 0.4x (To Be Filed Under Seal)

# EXHIBIT 10

OFFICER RODRIGUEZ BODY WORN VIDEO CLIP

(To Be Filed Under Seal)

# EXHIBIT 10A

OFFICER RODRIGUEZ BODY WORN VIDEO CLIP

Slow Motion (To Be Filed Under Seal)

# EXHIBIT 12

OFFICER MORSE BODY WORN VIDEO CLIP

(To Be Filed Under Seal)