**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich (SBN 319508)
msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian *ad litem*, Nayelli Bautista and L.D., by and through his Guardian *ad litem*, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>*Honorable Stephen V. Wilson*<br>*Magistrate Judge Stephanie S. Christensen*<br><br>PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure and Central District Local Rule 5-3.1, Plaintiff hereby submits his proof of service of the summons, first amended complaint, and other documents on Defendant Jose Arteaga Mayan, attached hereto as Exhibit "A".

DATED: March 24, 2025

    LAW OFFICES OF DALE K. GALIPO

    */s/ Marcel F. Sincich*
By: _____
    Dale K. Galipo
    Marcel F. Sincich
    *Attorneys for Plaintiffs*

# EXHIBIT A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Dale K. Galipo (SBN 144074) <br> Marcel F. Sincich (SBN 319508) <br> LAW OFFICES OF DALE K. GALIPO <br> 21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367 <br> TELEPHONE NO.: (818) 347-3333 | E-MAIL ADDRESS: dalekgalipo@yahoo.com; msincich@galipolaw.com <br> ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 West First Street, Suite 4311
CITY AND ZIP CODE: Los Angeles, CA 92701
BRANCH NAME: Central District of California

| PLAINTIFF/PETITIONER: M.B., by and through her Guardian ad litem, Nayelli Bautista; et al. <br> DEFENDANT/RESPONDENT: CITY OF LOS ANGELES; et al. | CASE NUMBER: <br> 2:24-cv-07642-SVW-SSCx |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 2426114CE |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☐ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: **FIRST AMENDED COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NEW CASE ORDER; ORDER SETTING INITIAL STATUS CONFERENCE**

3. a. Party served *(specify name of party as shown on documents served)*:
   **JOSE ARTEAGA MAYAN**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Lecourse 45671, Police Officer, Authorized person to accept service of process on behalf of JOSE ARTEAGA MAYAN**

4. Address where the party was served: **7600 South Broadway, Los Angeles, CA 90003**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **3/19/2025** (2) at *(time)*: **12:50 PM**

   b. ☐ **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: **or** ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]
**PROOF OF SERVICE OF SUMMONS**
Code of Civil Procedure, § 417.10
POS010-1/2426114

Plaintiff: M.B., by and through her Guardian ad litem, Nayelli Bautista; et al.

Defendant: CITY OF LOS ANGELES; et al.

CASE NUMBER: 2:24-cv-07642-SVW-SSCx

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

  (1) on *(date):*                              (2) from *(city):*
  (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **JOSE ARTEAGA MAYAN**
      under the following Code of Civil Procedure section:
      
      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)        ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☑ other: **FRCP 4(e)(2)(A)**

7. **Person who served papers**
   a. Name: **Bobbie A. Ascate - Ace Attorney Service, Inc.**
   b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 101.74**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
          (i) ☐ owner    ☑ employee    ☐ independent contractor.
          (ii) Registration No.: **2024083109**
          (iii) County: **LOS ANGELES**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **3/20/2025**

Bobbie A. Ascate
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(Signature - Per CC §1633.7)*