**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
*dalekgalipo@yahoo.com*
Marcel F. Sincich, Esq (SBN 319508)
*msincich@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian *ad litem*, Nayelli Bautista; and L.D., by and through his Guardian *ad litem*, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: **2:24-cv-07642-SVW-SSC**<br><br>Assigned to:<br>Hon. District Judge Stephen V. Wilson<br>Hon. Mag. Judge Stephanie S. Christensen<br><br>**DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         April 28, 2025<br>Time:        1:30 p.m.<br>Ctrm:        10A |

## DECLARATION OF MARCEL F. SINCICH

I, Marcel F. Sincich, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Doc. XX). I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the relevant portions of the February 7, 2025, Deposition Transcript of Defendant Officer Jose Arteaga Mayen ("**Exh. A, Mayen Depo**").

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant portions of the September 14, 2023, Los Angeles Police Department ("LAPD") Force Investigation Division ("FID") Interview of Defendant Officer Jose Arteaga Mayen ("**Exh. B, Mayen Statement**"), produced by Defendants during discovery as CITY 000191-249.

4. Attached hereto as "**Exhibit C**" is a true and correct copy of the relevant portions of the February 7, 2025, Deposition Transcript of Defendant Officer Kassandra Rodriquez ("**Exh. C, Rodriguez Depo**").

5. Attached hereto as "**Exhibit D**" is a true and correct copy of the relevant portions of the September 14, 2023, LAPD FID Interview of Defendant Officer Kassandra Rodriquez ("**Exh. D, Rodriguez Statement**"), produced by Defendants during discovery as CITY 000304-359.

6. Attached hereto as "**Exhibit E**" is a true and correct copy of the August 26, 2024, Inspector General Correspondence to the Honorable Board of Police Commissioners ("BOPC") **("Exh. E, BOPC Correspondence")**, signed by Acting Assistant Inspector General John Garner with Acting Inspector General Florence

Yu, providing recommendations to the BOPC, produced by Defendants during discovery as CITY 001242-1307.

7. Attached hereto as "**Exhibit F**" is a true and correct copy of the September 3, 2024, City of Los Angeles BOPC Executive Office results of vote and adoption of recommendations ("**Exh. F, BOPC Ratification**"), signed by Commission Executive Assistance Maria Silva, produced by Defendants during discovery as CITY 001308.

8. Attached hereto as "**Exhibit G**" is a true and correct copy of the relevant portions of the California Commission on Peace Officer Standards and Training, Basic Court Workbook, Learning Domain 20 – Use of Force/Dessacalation, Version 5.4 ("**Exh. G, POST LD 20**").

9. Attached hereto as "**Exhibit H**" is a true and correct copy of the relevant portions of the September 2023, LAPD Use of Force Directive No. 1, Use of Force ("**Exh. H, UOF Directive**"), produced by Defendants during discovery as CITY 001321-1328

10. Attached hereto as "**Exhibit I**" is a true and correct copy of the relevant Scene Photographs ("**Exh. I, Scene Photos**"), produced by Defendants during discovery as CITY 1055, 1098, 1114. 1211, and 1212.

11. Attached hereto as "**Exhibit J**" is a true and correct copy of the Defendant Officer Jose Arteaga Mayen Body-Worn Camera Video of the Officer-Involved Shooting Incident ("**Exh. J, Mayen BWC**"), produced by Defendants during discovery as CITY 00049. This is a video file and will be lodged manually with the Court pursuant to Local Rule 11-5.1.

12. Attached hereto as "**Exhibit K**" is a true and correct copy of **Screenshots of the Officer Mayen Body-Worn Camera Video of the Officer-Involved Shooting Incident**.

13. Attached hereto as "**Exhibit L**" is a true and correct copy of the Defendant Officer Kassandra Rodriguez Body-Worn Camera Video of the Officer-

Involved Shooting Incident ("**Exh. L, Rodriguez BWC**"), produced by Defendants during discovery as CITY 00052. This is a video file and will be lodged manually with the Court pursuant to Local Rule 11-5.1.

14. Attached hereto as "**Exhibit M**" is a true and correct copy of **Screenshots of the Officer Rodriguez Body-Worn Camera Video of the Officer-Involved Shooting Incident**.

15. Attached hereto as "**Exhibit N**" is a true and correct copy of the Ring Camera Video from 1235 New Hampshire, depicting a portion of the incident ("**Exh. N, Ring Video**"), produced by Defendants during discovery as CITY 1313. This is a video file and will be lodged manually with the Court pursuant to Local Rule 11-5.1.

16. Attached hereto as "**Exhibit O**" is a true and correct copy of a Cell Phone Video of the Officer-Involved Shooting Incident ("**Exh. O, Cell Phone Video**"), produced by Defendants during discovery as CITY 001309. This is a video file and will be lodged manually with the Court pursuant to Local Rule 11-5.1.

17. Attached hereto as "**Exhibit P**" is a true and correct copy of the September 3, 2024, Abridged Summary of Categorical Use of Force Incident and Findings by the Los Angeles Board Of Police Commissioners, publicly published by Defendants online at https://www.lapdonline.org/police-commission/categorical-use-of-force/categorical-use-of-force-2023/.

18. Attached hereto as "**Exhibit Q**" is a true and correct copy of a demonstrative Google Map which shows the approximate distance from the Defendant Officers based on their testimony location to Mr. De Anda based on video evidence and the City FID findings. Plaintiffs submit this Exhibit as a demonstrative to assist the Court. The Court has the authority to control the mode of presenting evidence. Fed. R. Evid. 611. The Court can accept this demonstrative as a convenient examination of the materials. Fed. R. Evid. 1006. Plaintiffs' demonstrative streamline the process of viewing the facts in the light most favorable

to the non-movants by synthesizing the videos into a graphic that show Defendants' inconsistencies and contradictions. *See Scott v. Henrich*, 39 F.3d 912, 915 (9th Cir. 1994); *Sandifer v. U.S. Steel Corp.*, 678 F.3d 590, 592 (7th Cir. 2012), *aff'd*, 571 U.S. 220 (2014) (stating, "since a picture is worth a thousand words, here is a photograph of a man modeling the clothes"); *Atwood v. Ryan*, 870 F3.d 1033, 1066-79 (9th Cir. 2017); *United States v. Kelly*, 874 F.3d 1037, 1045 (9th Cir. 2017).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of March 2025.

_____

_____
Marcel F. Sincich