# EXHIBIT B

# STATEMENT OF

# POLICE OFFICER I JOSE ARTEAGA MAYEN

Senior Administrative Clerk W. Subt, Serial No. N3435, reviewed the digital recording (TP10103, F048-23) and transcription of the interview.  The inaudible recordings that were clearly audible are listed below.  All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|-----------------------|
| 13 | 02 | REPLACE: resources WITH: units |
| 13 | 05 | REPLACE: a WITH: **the** knife |
| 15 | 09 | REPLACE: a WITH: **the** knife |
| 21 | 06 | UNINTELLIGIBLE: **entrance** |
| 23 | 23 | UNINTELLIGIBLE: **left, he's** |
| 26 | 19 | ADD: description **of the suspect** |
| 31 | 12, 13 | REPLACE: that the WITH: **thought** |
| 32 | 02 | REPLACE: that WITH: **who** |
| 34 | 21 | REPLACE: we're WITH: **were** |
| 34 | 22 | REPLACE: left WITH: **looked** |
| 38 | 01 | REPLACE: notices WITH: **notice** |
| 38 | 22 | REPLACE: to you WITH: **you to** |
| 39 | 15 | REPLACE: pointed WITH: **pointing** |
| 45 | 02 | REPLACE: would WITH: **went** |
| 46 | 22 | REPLACE: arm WITH: **hand** |
| 50 | 02 | REPLACE: Morris WITH: **Morse** |
| 53 | 02 | ADD: any **sort of** discussion |
| 54 | 04 | REPLACE: you that WITH: **that you** |
| 55 | 09 | ADD: was **he** holding |
| 55 | 10 | DELETE: **is** |

**LOS ANGELES POLICE DEPARTMENT**

```
In the Matter of:                    )
███████████████████                  ) FID No. 048-23
Transcription of Taped Interview     )
Of Jose Arteaga Mayen                )
_____)
```

## TRANSCRIPTION OF TAPE RECORDED INTERVIEW

## OF OFFICER I JOSE ARTEAGA MAYEN

```
Transcribed by:
Andrew Dayton
CSR No. 13353

Job Number:
TP10103
```

```
1                     Los Angeles Police Department
2                   CD No. F048-23 P1 Jose Arteaga Mayen
3
4          DETECTIVE ARTEAGA:  Okay.  Today's date is Thursday,
5     September 14th, 2023.  It is now 5:20 in the morning.  I
6     am Detective Arteaga, spelled A-r-t-e-a-g-a.  Serial
7     ███████████  ███████████████████████████████████████.
8     I'm here at Olympic Station to interview Police Officer
9     I Jose Arteaga Mayen.
10         Sir, if you can spell your first, middle, and last
11    name and provide your serial number for the transcriber?
12         OFFICER ARTEAGA MAYEN:  Arteaga, A-r-t-e-a-g-a.
13    Mayen, M-a-y-e-n.  Jose, J-o-s-e.  ██████.
14         DETECTIVE ARTEAGA:  And just for the record, there's
15    no relation between the detective and the officer.  This
16    is regarding an ███████████████████████ incident that
17    occurred at 1234 New Hampshire Avenue on September 13th,
18    2023, at approximately 2035 hours.  The interview is
19    being digitally recorded.
20         Also present for this interview are?
21         DETECTIVE ARZATE:  Detective III Brandy Arzate,
22    A-r-z-a-t-e.  █████████████████████  █████████████████████
██    █████████████████████████████.
24         DETECTIVE SANCHEZ:  Detective Sanchez.  Last name,
25    Sanchez, S-a-n-c-h-e-z.  ████████████████████.  I'm
```

1          OFFICER ARTEAGA MAYEN:  1930 hours.

2          DETECTIVE ARTEAGA:  1930 hours?

3          OFFICER ARTEAGA MAYEN:  1830, sir.

4          DETECTIVE ARTEAGA:  1830.  And what time did you

5     wake up on Wednesday?

6          OFFICER ARTEAGA MAYEN:  I woke up at 8:30 a.m., sir.

7          DETECTIVE ARTEAGA:  Okay.  So you've been up about

8     approximately 20 -- 21 hours?

9          OFFICER ARTEAGA MAYEN:  I woke up at 8:30 a.m. and

10    then I took a nap.  Like a two hour nap.

11         DETECTIVE ARTEAGA:  Okay.

12         OFFICER ARTEAGA MAYEN:  So --

13         DETECTIVE ARTEAGA:  So do you think you -- will you

14    be able to continue with this interview?

15         OFFICER ARTEAGA MAYEN:  Yes, sir.

16         DETECTIVE ARTEAGA:  All right.  All right, sir.  So

17    taking you back to Wednesday, September 13th, 2023, what

18    was your assignment?

19         OFFICER ARTEAGA MAYEN:  Patrol.  I was working 20-

20    Adam-53, Watch 3.

21         DETECTIVE ARTEAGA:  And were you working patrol for

22    what division?

23         OFFICER ARTEAGA MAYEN:  Olympic Division.

24         DETECTIVE ARTEAGA:  And who was your partner?

25         OFFICER ARTEAGA MAYEN:  Officer Morse.

```
 1        OFFICER ARTEAGA MAYEN:  Contact and cover, like I
 2   said earlier, due to the fact that I've been able to
 3   work with him, whoever is able to make contact first --
 4        DETECTIVE ARTEAGA:  Okay.
 5        OFFICER ARTEAGA MAYEN:  -- then that person will
 6   become contact and you --
 7        DETECTIVE ARTEAGA:  Okay.  So you've had
 8   discussions?
 9        OFFICER ARTEAGA MAYEN:  Yes.
10        DETECTIVE ARTEAGA:  Okay.
11        OFFICER ARTEAGA MAYEN:  We've had discussions about
12   switching roles if we have to.
13        DETECTIVE ARTEAGA:  Okay.  And were you the driver
14   or passenger officer?
15        OFFICER ARTEAGA MAYEN:  I was the driver, sir.
16        DETECTIVE ARTEAGA:  All right, sir.  So what I'd
17   like you to do, in narrative chronological order, tell
18   us how you became aware of this incident, begin where
19   you were at, how you responded, and when you got to the
20   scene, what did you hear, see, and do?  After you tell
21   us what your story, then we'll come back and ask you
22   some follow up questions.
23        OFFICER ARTEAGA MAYEN:  Yes, sir.  A radio call came
24   out as a -- as a 415 man armed with a knife vandalizing
25   vehicles.  20-Adam-1, Watch 3, was primary on that call.
```

1    My partner told me that we were going to be backing

2    them.  We were going to be responding to the call to

3    help them out.

4        As we were approaching Vermont and Pico, my partner

5    deployed the 40.  Started telling me what we were going

6    to do and how we were going to tactically approach the

7    building because he has a better understanding of the

8    area.  As we approached the building, we parked.  My

9    partner gets off the vehicle.  He puts us Code 6 over

10   the air.

11       He puts us Code 6 over the air.  He started walking.

12   I turned off the vehicle.  Again, my -- my light, close

13   the door.  As I'm already approaching my partner, he has

14   already made contact with the PO, the person reporting.

15   He's already making contact.  At some point as I'm

16   approaching, I hear them point out the suspect is

17   walking northbound on New Hampshire on the east curb.

18       My partner starts walking in that direction.  I

19   follow right behind him to his left.  We were walking on

20   the street using the cars as cover.  I eventually see

21   the suspect.

22       I tell my partner, "Partner, possible suspect is

23   going to be on the east curb walking northbound."

24       My partner comes back and tells me, "Oh, do you see

25   him?"

1     I'm like, "Yes, sir.  He's walking.  He's like
2  between like two poles that I could locate.  He's like
3  he's mid -- he's midway between the two poles."
4     He's still walking away from us.  He's approximately
5  I would say like 30 feet away from us.  My partner -- my
6  partner sees him.  He tells him like, "Hey," like tries
7  to get his attention, grab his attention.  As we keep
8  walking, the suspect goes around, goes eastbound on the
9  parking lot and he enters the parking lot structure
10  through some broken -- some broken fence.  So he comes
11  in.
12     At that point, we line him up.  I line him up.  I
13  see the suspect.  I see him walking back southbound on
14  the parking lot.  We have a fence in front of us, a
15  block gate -- a gated -- gated parking lot.  And there's
16  like a little wall approximately like, I want to say
17  like three feet, and then there's a fence right on top
18  of it.
19     He's walking back.  I light him up.  I attempt to
20  get his attention.  At this point, I do not see him with
21  a knife.  I don't see a knife on him or in his person.
22  He walks midway through the parking lot and bends down
23  and that's when we see -- when I see that he, the
24  suspect armed himself with a knife.
25     My partner sees this and he immediately puts out a

1    backup, calling resources, so we can have additional
2    resources respond to our location so they could help us
3    out and -- and get to -- get to the scene.  My partner
4    starts putting out a perimeter.  The suspect is inside
5    the parking lot by himself.  He gets a knife and he
6    starts walking eastbound in the parking lot towards the
7    back of the wall as I -- I see my partner on the radio.
8        So I start trying to get -- I become contact with
9    the suspect.  I start talking to him.  I started to get
10   a rapport with him and see if he could talk to me.  I'm
11   trying to get a name.  I keep asking him, "What's wrong?
12   I'm not -- I'm not here to" -- I tell -- I tell him that
13   he's not in trouble, that I just want to talk to him.  I
14   want to make sure that he's okay.
15       I tell him that I want to help him out.  And -- and
16   the suspect just keeps walking.  He keeps walking away
17   from us.  He eventually gets to the east wall of the
18   parking lot structure.  And at this point, I'm screaming
19   at him so I -- I could hear him -- I -- so he could hear
20   me talk to him.
21       And I'm like, "Hey, I just want to help you.  You
22   know?  Drop the knife.  You know, put the knife down and
23   get closer to a tree," that was like -- like midway
24   through the parking lot approximately like -- I want to
25   say approximately 60 feet away from us, 60 feet away

1    from us.

2         And the suspect, when he was on the east wall, I

3    want to say a little bit over a hundred feet away from

4    us, so it was a big distance that we had between the

5    suspect, myself, and my partner.  We had our fence and

6    our little wall that was -- we were using as coverage,

7    and if needed to, we -- we had the cars right behind us

8    that we could have redeployed.

9         I tell him like, "Hey, like drop the knife where you

10   are.  Get closer.  Come to the trees, you know?  I want

11   to talk to you.  I want to make sure you're doing okay.

12   Just you're not in any trouble.  I just -- I just need

13   you to put the knife down."

14        He's talking.  I can't make out what he's saying.

15   At this point, I see that people are starting to get

16   there.  I keep talking to him.  I keep talking to him.

17   And eventually, I get something out of him and he tells

18   me like, "I just want to kill myself."

19        And when I heard that, I told my partner, "Partner,

20   let's get a SMART unit," so because he's suicidal.  My

21   partner turned around and tells me to keep talking to

22   him, which I do.  I try to get a name for him to get

23   some information and so I could identify him.  I tell

24   him that I want to call him by his name, that I don't

25   want to just keep yelling at him.

1    At this point, he's telling me that he wants to kill
2    himself because people think that he's crazy.  And I
3    tell him like, "Oh," like, I just want him to keep
4    talking.  At this point, I have officers already have
5    responded to the perimeter.  They have surrounded the
6    parking lot area.
7        He still has a knife in his arm, in his hand.  He's
8    walking back and forth pacing, pacing.  At one point, he
9    has a knife and he slams it against the wall like in a -
10   - like in a lower stabbing motion towards the wall.  And
11   I'm telling him like, "Dude, drop the knife.  Come on.
12   Like, I just want to help you out."
13       At one point, I see that he's distracted looking
14   towards the direction that he came in through on the --
15   on the north entrance of the -- of the parking lot.  And
16   I kind of noticed that he kind of steps over and he kind
17   of tries to rush in that direction.
18       I tell him like, "No, no, no."
19       And then I look in that direction and I see officers
20   attempting to possibly enter the parking lot structure,
21   so I tell them like, "Hey, back up, back up.  Stand by.
22   Like -- like stand by.  Just move back."
23       Officers stop.  They don't enter the parking lot.
24   The suspect sees that, goes back to the wall where he
25   was at.  At this point, I turned around to my right

1  side, which will be southbound, and I see my partner,

2  another officer.  She was by the gate.  And this was the

3  first time I realized that there was an open gate in

4  that area.

5       She enters the gate.  The suspect sees her.  Tries

6  to make an approach towards her.

7       I'm like, "No, no."  Like, "Back up.  Back up."

8       And I -- I'm like, "Partner, back up, man."  I'm

9  like, "Move back.  Move back."  Like, "Do not enter the

10 parking structure."

11      Tactically, he was the only one in there.  There was

12 no other civilians.  There was no cars parked in that

13 parking lot.  It was just himself armed with a knife.

14 So there was no need to put other officers in danger

15 entering the parking lot or escalating the situation.

16 At this point, we could have -- we're de-escalating by

17 just staying outside the parking lot and making sure

18 that we could talk to him.

19      I -- he stays back.  I keep talking to him.  And at

20 one point, I just see him running, like running hard,

21 running fast.  And he's closing the distance from the

22 back, which seemed to me like in a -- like to me, it

23 seemed like in a blink of an eye that he got from the

24 wall he was at, that seemed to me very far, like

25 approximate -- like I said, over -- a little bit over a

1    hundred feet away.

2        He closed the distance extremely fast.  I started

3    running in the direction towards where my partner was on

4    the south entry of the parking lot structure.  As he's

5    getting closer and closer and closer, he raises his arm

6    in a stabbing motion with his knife on his right hand.

7    At this point, I put my flashlight away.  I draw my gun.

8    And I point the gun at the suspect.

9        I point the gun at the suspect.  I tell him like,

10   "No, no, no, no, no."  Like, "Don't do it.  Don't do

11   it."  Like, "Stop, stop, stop, stop, stop."

12       He stopped for like a quick second and he charges

13   again.  At this point, I took approximately like six

14   steps over, a really quick sprint next to my partner.  I

15   had the fence in front of me as coverage and the suspect

16   is just charging towards us with a knife, a black

17   handle.  The blade was approximately like 10 inches long

18   charging towards us and he's coming down the little ramp

19   and he's coming fast, the knife in his right hand in a

20   stabbing motion.

21       And it was at this time that for the safety of

22   myself, for the safety of my partner, I fired

23   approximately two rounds in the direction of the

24   suspect, which would be east.  After I see that suspect

25   comes down, the knife is -- it looked fall on top of

1    him.  The suspect is down.

2        I ask my partner, "Are you okay?"

3        She asked if I'm okay.  Put out the help call,

4    officer needs help.  There was another officer to the

5    right of us with -- already deployed with the 40 as

6    well.  Everybody got there quick.  We were -- I did not

7    see who took possession of the -- of the knife or took

8    the knife away from the -- the suspect.  We were able to

9    take the suspect -- I was trying to put gloves on and

10   everything happened so quick.

11       I reholstered.  I was trying to put gloves on so I

12   could help with taking him into custody.  Another

13   officer, and I believe my partner, were the ones that

14   actually took the suspect into custody.  And that's when

15   I was called by one of the officers.  And then Sergeant

16   Gonzalez came and he -- he stated, "Who were the

17   officers that were involved in the shooting?"

18       And -- and I raised my hand saying that was me, and

19   -- and then my partner raised her hand saying that she

20   had been involved as well.  And they took our cameras at

21   that point and they separated us.

22       DETECTIVE ARTEAGA:  Okay.  Good job.  Anything else?

23       OFFICER ARTEAGA MAYEN:  At the moment that I can

24   recall, no, sir.

25       DETECTIVE ARTEAGA:  Okay.  First of all, I wanted to

1    was that in English or Spanish?

2         OFFICER ARTEAGA MAYEN:  At first, it was in English.

3         DETECTIVE ARTEAGA:  At first it was in English?

4         OFFICER ARTEAGA MAYEN:  Yes.

5         DETECTIVE ARTEAGA:  And then the remaining commands

6    were in -- or conversation was in Spanish?

7         OFFICER ARTEAGA MAYEN:  The remaining commands was

8    in Spanish.  Yes.

9         DETECTIVE ARTEAGA:  Okay.  And why did you start

10   speaking to him in Spanish instead of English?

11        OFFICER ARTEAGA MAYEN:  I -- I could -- I could hear

12   him talking Spanish so I just transferred quickly to

13   Spanish, sir.

14        DETECTIVE ARTEAGA:  Okay.  And when you heard him

15   talking in Spanish, what did you hear him say?

16        OFFICER ARTEAGA MAYEN:  I just heard him like --

17   like -- like saying like just like mumbling, sir.  It

18   wasn't like -- it wasn't clear.

19        DETECTIVE ARTEAGA:  Okay.

20        OFFICER ARTEAGA MAYEN:  So I just transitioned just

21   to see if I could like get his attention in Spanish.  I

22   had tried talking to him in English.  He wasn't

23   responding.

24        DETECTIVE ARTEAGA:  Okay.  And at this point, you

25   said you hadn't seen a knife.  Is that correct?

1        DETECTIVE ARTEAGA:  So you don't know which hand he

2    picked it up from?

3        OFFICER ARTEAGA MAYEN:  I don't know which hand he

4    picked it up.

5        DETECTIVE ARTEAGA:  So the next thing you see is the

6    knife in his right hand?

7        OFFICER ARTEAGA MAYEN:  Yes, sir.

8        DETECTIVE ARTEAGA:  Okay.  So your partner puts out

9    a backup.  He sets up a perimeter.  Then you said the

10   suspect walks eastbound towards the wall?

11       OFFICER ARTEAGA MAYEN:  Yes.

12       DETECTIVE ARTEAGA:  At this point, what's your that

13   the process?  What's going on through your mind at this

14   point in time?

15       OFFICER ARTEAGA MAYEN:  At this point, I'm just

16   thinking I just want to be able to get some contact with

17   him.  I'm trying to get his name.  I feel like we have

18   distance.  We have time on our side at the moment.  We

19   have cover.  He's the only one in there.  He's not

20   putting anybody else's life in danger.

21       So I'm just trying to get a name.  So maybe we had

22   contact with this person in the past and if I got a name

23   and probably a date of birth, we could start running him

24   in the system and maybe we could have a better idea of

25   who this person is.  Unfortunately, that was not the

1          DETECTIVE ARTEAGA:  Okay.  Besides the suspect

2     saying, "I want to kill myself," is there anything else

3     he said that you were able to decipher or make out?

4          OFFICER ARTEAGA MAYEN:  Yes, sir.  He told me that

5     he thought he wanted to kill himself because he thought

6     that people thought of him that he was crazy.

7          DETECTIVE ARTEAGA:  Okay.  And your body worn video

8     captured you telling your partner, "Hey, let's get a

9     SMART unit."

10         OFFICER ARTEAGA MAYEN:  Yes, sir.

11         DETECTIVE ARTEAGA:  Do you know if a SMART unit had

12     been requested?

13         OFFICER ARTEAGA MAYEN:  Not to my knowledge, sir.

14         DETECTIVE ARTEAGA:  Okay.  So you don't know if your

15     partner requested one after you told him to?

16         OFFICER ARTEAGA MAYEN:  I believe my partner did not

17     request one.  I think he -- he said he wanted to have

18     that situation at a Code 4.

19         DETECTIVE ARTEAGA:  Okay.  When he had this knife in

20     his hand, is it by his side?  Is he waving it?  Is --

21     can you describe what he's doing with this knife if that

22     -- that's in his right hand?

23         OFFICER ARTEAGA MAYEN:  Yes.

24         DETECTIVE ARTEAGA:  Up to this point.

25         OFFICER ARTEAGA MAYEN:  Up to this point, after he

1    picks up the knife, he starts walking away from us.

2    He's on the wall.  I -- I -- I light -- I put my light

3    on him so I could see better and I see him like hitting

4    the wall with the knife a few times.  He's just walking

5    back and forth pacing with it.  He has it on the -- on

6    his side.  He's not doing anything that I could see,

7    anything that he's attempting to harm himself or -- he's

8    just walking, pacing back and forth --

9         DETECTIVE ARTEAGA:  Okay.

10        OFFICER ARTEAGA MAYEN:  -- with the knife.

11        DETECTIVE ARTEAGA:  And up to this point, you

12   indicated that the lot was empty, there were no cars,

13   but then you mentioned that there -- you told people to

14   move back.

15        OFFICER ARTEAGA MAYEN:  Correct.

16        DETECTIVE ARTEAGA:  Were there people on the north

17   side?  Can you --

18        OFFICER ARTEAGA MAYEN:  Yes, sir.  So the parking

19   lot itself was empty.  There was no cars.  There was no

20   pedestrians.  There was -- there was nobody inside.  But

21   as officers, we're approaching the scene.  The -- I

22   notice that the suspect left on the north side,

23   northwest direction of the parking lot, and he kind of

24   started moving in that direction.  I kind of turned

25   around (UNINTELLIGIBLE) and I -- if any officers were

1    myself and my partner, you fired two rounds.

2         OFFICER ARTEAGA MAYEN:  Yes, sir.

3         DETECTIVE ARTEAGA:  When you fired your first round,

4    how -- if you can approximate, how far was the suspect

5    from you when you fired your first round?

6         OFFICER ARTEAGA MAYEN:  Approximately 10 feet.

7         DETECTIVE ARTEAGA:  10 feet?

8         OFFICER ARTEAGA MAYEN:  Yes, sir.

9         DETECTIVE ARTEAGA:  And the -- what was the position

10   of the knife when you fired?

11        OFFICER ARTEAGA MAYEN:  Still in a stabbing motion,

12   sir.

13        DETECTIVE ARTEAGA:  Stabbing motion?  And when you

14   fired your first round, what was your background?

15        OFFICER ARTEAGA MAYEN:  It was -- it was -- it was

16   an empty parking lot, sir.

17        DETECTIVE ARTEAGA:  It was an empty parking lot?

18        OFFICER ARTEAGA MAYEN:  There was a wall and that's

19   it.  There was nobody behind.

20        DETECTIVE ARTEAGA:  Okay.  So you fired your first

21   round.  Was it effective?

22        OFFICER ARTEAGA MAYEN:  He was still standing, sir,

23   so --

24        DETECTIVE ARTEAGA:  Okay.  Did you have an

25   opportunity to assess after you fired your first round?

1    an officer to your right with a 40-millimeter.

2        OFFICER ARTEAGA MAYEN:  Yes, sir.

3        DETECTIVE ARTEAGA:  When was the first time you saw

4    that officer with the 40-millimeter?

5        OFFICER ARTEAGA MAYEN:  As I was going in that

6    direction, sir.

7        DETECTIVE ARTEAGA:  Okay.  Was there any

8    consideration of maybe waiting to see if that less

9    lethal could have been utilized prior to you using

10   lethal force?

11       OFFICER ARTEAGA MAYEN:  We could have considered

12   using less lethal but at this point, the suspect had

13   closed distance too quickly for us to deploy the 40-

14   millimeter.  He was approaching us in a -- with a knife

15   in a stabbing motion.  And there was -- there was --

16   there was an immediate threat to our life and our

17   safety.

18       And therefore, we were unable to use the 40-

19   millimeter.

20       DETECTIVE ARTEAGA:  Was there ever any consideration

21   of redeploying from the sidewalk to maybe to the behind

22   the vehicles that were parked on the east side of the

23   curb?  Would that have been appropriate?

24       OFFICER ARTEAGA MAYEN:  Yes.  I think we could have

25   -- I think I could have redeployed, but if I would have

1   redeployed and my partner, Officer Kassandra, did not

2   redeploy, then it would have become a -- a hazard for

3   the officer.  There -- because if she -- if I would have

4   moved behind cover, behind a vehicle, she would have

5   been in front of me, sir, and I would not be able to

6   shoot.

7        DETECTIVE ARTEAGA:  Okay.  You indicated that you

8   didn't see who took the knife.

9        OFFICER ARTEAGA MAYEN:  I --

10        DETECTIVE ARTEAGA:  So --

11        OFFICER ARTEAGA MAYEN:  No.

12        DETECTIVE ARTEAGA:  -- you fire your rounds.  When

13   you fire your rounds, what officers do you see in that

14   general vicinity?

15        OFFICER ARTEAGA MAYEN:  In that general --

16        DETECTIVE ARTEAGA:  If you recall.

17        OFFICER ARTEAGA MAYEN:  If I recall correctly,

18   sir --

19        DETECTIVE ARTEAGA:  At the time you fired.

20        OFFICER ARTEAGA MAYEN:  Yes, sir.  It was myself,

21   Officer Kassandra, my partner, Officer Morse, and

22   Officer Hernandez.

23        DETECTIVE ARTEAGA:  So at that point, there were

24   just four officers there?

25        OFFICER ARTEAGA MAYEN:  That -- that I could -- that

1      DETECTIVE ARTEAGA:  Was there any -- was there ever
2  any discussion like, hey, this is what we're going to
3  do, take him into custody?  We're going to wait?  Any
4  sort of conversation like that?
5      OFFICER ARTEAGA MAYEN:  No, sir.
6      DETECTIVE ARTEAGA:  And could you at any point
7  during this incident, could you ever form an opinion
8  that the suspect was under the influence of alcohol or
9  narcotics?
10      OFFICER ARTEAGA MAYEN:  No, sir.
11      DETECTIVE ARTEAGA:  Or were you aware if the suspect
12  had committed any crime?  What was the suspect wanted
13  for, if you know?
14      OFFICER ARTEAGA MAYEN:  I just knew what the
15  comments of the call were, sir.
16      DETECTIVE ARTEAGA:  Which was what?
17      OFFICER ARTEAGA MAYEN:  Which a 415 man, armed with
18  a knife, vandalizing vehicles.
19      DETECTIVE ARTEAGA:  Do you know who the first
20  supervisor to arrive at the scene was?
21      OFFICER ARTEAGA MAYEN:  No, sir, I don't.
22      DETECTIVE ARTEAGA:  Do you know who the incident
23  commander was?
24      OFFICER ARTEAGA MAYEN:  Sergeant Gonzalez then
25  became -- became incident commander.

1     DETECTIVE SANCHEZ:  I'm Detective Sanchez.  You

2     might have answered this question already.  I just

3     wanted to ask again.  If I did, I apologize.  The second

4     round you that fired, approximately how close was the

5     suspect to you?

6        OFFICER ARTEAGA MAYEN:  By the time I shot my second

7     round, he was -- he had probably closed the distance a

8     little bit more, probably like eight feet away from us.

9        DETECTIVE SANCHEZ:  Okay.  And what were you

10    thinking and feeling when you fired your second round?

11       OFFICER ARTEAGA MAYEN:  Like after I shot my second

12    round?

13       DETECTIVE SANCHEZ:  Right before, what did you feel

14    as far as emotional?

15       OFFICER ARTEAGA MAYEN:  I didn't -- I didn't want to

16    shoot him.  I felt like I want him to stop.  I -- I

17    never had any -- I didn't want -- I didn't -- right

18    before I told him to stop, my -- my -- my hope was that

19    he would stop.  That was my hope, that he would stop and

20    that he would not approach us or continue approaching

21    us.

22       DETECTIVE SANCHEZ:  What do you think would have

23    happened if you did not fire at the suspect?

24       OFFICER ARTEAGA MAYEN:  If I would not fire at the

25    suspect, my partner or myself, we could have been

```
1    STATE OF CALIFORNIA        )

2                               )      SS.

3    COUNTY OF ORANGE           )

4

5              I, Andrew Dayton, a transcriber for

6    Lynden J. And Associates, Inc., do hereby certify:

7              That said proceedings were listened to by me

8    and were transcribed into typewriting under my direction

9    and supervision; and I hereby certify that the foregoing

10   transcript of the proceedings is a full, true, and

11   correct transcript to the best of my ability.

12             I further certify that I am neither

13    counsel for nor related to any party to said action,

14    not in anywise interested in the outcome

15    thereof.

16             In witness whereof, I have hereunto

17   subscribed my name this 5th day of December, 2023.

18

19

20

21

22   _____

23                     Andrew Dayton

24

25
```