# EXHIBIT D

# STATEMENT OF

# POLICE OFFICER II KASSANDRA RODRIGUEZ

Management Analyst A. King, Serial No. N4442, reviewed the digital recording (TP10102, F048-23) and transcription of the interview. The inaudible recordings that were clearly audible are listed below. All others remain inaudible.

| PAGE | LINE | INAUDIBLE/CORRECTIONS |
|------|------|------------------------|
| 03 | 20 | REPLACE: that could WITH: **and** could |
| 05 | 23 | REPLACE: discovered WITH: **discover** |
| 07 | 25 | REPLACE: he would WITH: **I** would |
| 08 | 18 | REPLACE: this WITH: **there** |
| 09 | 08 | REPLACE: he WITH: **I** |
| 09 | 11 | REPLACE: the officers WITH: **any** officers |
| 10 | 11 | REPLACE: this WITH: **there** |
| 10 | 21 | REPLACE: to get WITH: **and** get |
| 11 | 05-06 | REPLACE: what units WITH: **whatever unit's** |
| 13 | 14 | REPLACE: pulls WITH: **pulled** |
| 14 | 09 | DELETE: **up** |
| 18 | 07 | REPLACE: He was a little WITH: **It** was a little |
| 19 | 06 | REPLACE: clear the, you know, space WITH: **clearly**, you know, **see** |
| 22 | 21 | REPLACE: as WITH: **at** |
| 24 | 17 | REPLACE: the WITH: **it's** |
| 25 | 02 | REPLACE: citizen WITH: **citizens** |
| 27 | 05 | REPLACE: the WITH: **I** |
| 28 | 10 | REPLACE: it WITH: **with** |
| 31 | 17 | REPLACE: this WITH: **there** |
| 32 | 05 | REPLACE: tide WITH: **tied** |
| 35 | 25 | REPLACE: That's WITH: **Us** |
| 39 | 20 | REPLACE: that WITH: **if** |
| 43 | 05 | REPLACE: - like I say WITH: **guess** |
| 43 | 10 | ADD: lead **out** to |
| 44 | 07 | REPLACE: round WITH: **rounds** |
| 44 | 08 | REPLACE: where WITH: **why** |

**LOS ANGELES POLICE DEPARTMENT**

In the Matter of:                         )
███████████████████████                   ) FID No. 048-23
Transcription of Taped Interview          )
Of Kassandra Rodriguez                    )
                                          )

**TRANSCRIPTION OF TAPE RECORDED INTERVIEW**

**OF OFFICER II KASSANDRA RODRIGUEZ**

Transcribed by:
Andrew Dayton
CSR No. 13353

Job Number:
TP10102

```
 1              Los Angeles Police Department
 2         CD No. F048-23 P2 Kassandra Rodriguez
 3
 4      DETECTIVE ARTEAGA:  Okay.  Today's date is Thursday,
 5  September 14th, 2023.  It is now 250 in the morning.  I
 6  am Detective Arteaga, spelled A-r-t-e-a-g-a.
 7  ▆▆▆▆▆▆▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
 8  I'm here at Olympic Police Station to interview Police
 9  Officer II Kassandra Rodriguez.
10      Ma'am, if you can spell your first and last name and
11  provide your serial number for the transcriber?
12      OFFICER RODRIGUEZ:  Yes.  It's K-a-s-s-a-n-d-r-a.
13  And Rodriguez, R-o-d-r-i-g-u-e-z.  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
14  ▆▆▆▆
15      DETECTIVE ARTEAGA:  This is regarding an ▆▆▆▆▆▆
16  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ incident that occurred at the lot
17  located at 1235 South New Hampshire Avenue on Wednesday,
18  September 13th, 2023, at approximately 2035 hours, or
19  8:35 p.m.  The interview is being digitally recorded.
20      Also present for this interview are?
21      DETECTIVE ARZATE:  Detective III Brandy Arzate,
22  A-r-z-a-t-e.  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
23  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
24      DETECTIVE SANCHEZ:  Detective Sanchez.  First name,
25  Erika, E-r-i-k-a.  Last name, Sanchez, S-a-n-c-h-e-z.
```

```
 1   I -- again, he's a P-I and stuff so I -- I did it
 2   myself.  I went back into the vehicle to position the
 3   shop better just in case if the, you know, the suspect
 4   came running towards us and we had no cover, so I wanted
 5   that cover close by.
 6        And we had him contained, which that's what Officer
 7   Morse was kind of setting up.  It took up -- it took a
 8   quick minute for Airship to come, so that was kind of a
 9   little hard.  So Officer Morse, yeah, went ahead and did
10   that.  As I repositioned the car, I -- I had seen the
11   other -- so this was -- in the parking lot, there was
12   two entrance and exits -- exits.
13        So that's where I positioned my black-and-white, and
14   then I saw Officer Morse and his partner have the other
15   side, which is still northbound on New Hampshire, but it
16   was still -- it seemed like at the time, the only two
17   exits in and out of the parking lot.  No cars that were
18   in there, anything like that.
19        So as we did that, I got out and I kind of bumped up
20   because I saw a dumpster.  So I wanted to use that as
21   cover as well.  And to see, to get a better visual of
22   the suspect and identify, you know, the weapon.  I
23   identified and I saw that he did have a large knife even
24   though he was maybe -- he was far away.  So that's when
25   I unholstered knowing, you know, that this -- this man
```

| | |
|---|---|
| 1 | DETECTIVE ARTEAGA: And do you know who 20-Adam-1 |
| 2 | was, what officers? |
| 3 | OFFICER RODRIGUEZ: Delante and Ordaz, a P-I. |
| 4 | DETECTIVE ARTEAGA: Okay. So Delante, you were |
| 5 | aware that Delante and Ordaz were assigned the call? |
| 6 | OFFICER RODRIGUEZ: Yes. |
| 7 | DETECTIVE ARTEAGA: Okay. |
| 8 | OFFICER RODRIGUEZ: And that Officer Morse was |
| 9 | backing them up. |
| 10 | DETECTIVE ARTEAGA: Okay. So you had no -- you |
| 11 | weren't assigned the call? |
| 12 | OFFICER RODRIGUEZ: No. |
| 13 | DETECTIVE ARTEAGA: Okay. You said that the unit |
| 14 | requested a backup. And that's Delante and Ordaz? |
| 15 | OFFICER RODRIGUEZ: No. Officer Morse did. I |
| 16 | believe Officer Morse. I heard him go Code 6. I never |
| 17 | heard Delante, 20-Adam-1. I never heard them go Code 6 |
| 18 | because the whole time Morse would -- |
| 19 | DETECTIVE ARTEAGA: Okay. So when you said that a |
| 20 | unit requested backup, that was Officer Morse that |
| 21 | requested? |
| 22 | OFFICER RODRIGUEZ: Officer Morse. |
| 23 | DETECTIVE ARTEAGA: Okay. |
| 24 | OFFICER RODRIGUEZ: Yes. |
| 25 | DETECTIVE ARTEAGA: And at that point, you were |

```
 1   needed it.
 2        DETECTIVE ARTEAGA:  Now, you indicated you arrived
 3   at the scene, you exited and you heard Morse
 4   broadcasting.  What was he broadcasting?  What --
 5        OFFICER RODRIGUEZ:  As I arrived at the scene, he's
 6   still setting up the perimeter.  Gives the suspect
 7   description of what the guy's wearing and that he --
 8   that he had them in the parking lot, or had the suspect
 9   in the parking lot, and that's at the same time when I
10   was talking to those citizens that were directing me.
11        DETECTIVE ARTEAGA:  Okay.  Now, when you guys
12   arrived at scene and exit your vehicle, did you guys
13   ever consider bringing less lethal with you at that
14   time?
15        OFFICER RODRIGUEZ:  Yes.  I should have voiced it
16   sooner but, yeah.  I -- I didn't.
17        DETECTIVE ARTEAGA:  Okay.  So when you initially
18   exited, you didn't have less lethal?
19        OFFICER RODRIGUEZ:  No.
20        DETECTIVE ARZATE:  Is that correct?  Okay.  Now, you
21   indicate you didn't see the officers.  What was your
22   thought process?  You arrive at scene.  You see the
23   police vehicle.  You don't see the officers.  What is
24   your thought process?  What are you thinking?
25        OFFICER RODRIGUEZ:  I thought maybe they were in
```

```
 1   like a foot pursuit or they -- I know that they had some
 2   sort of containment just because Officer Morse was
 3   setting up a quick perimeter.  And that's when the
 4   citizen was pointing where he was at.  As soon as he
 5   pointed, I saw exactly where the suspect was because it
 6   was an open lot.
 7        DETECTIVE ARTEAGA:  Okay.  Now, you indicated he --
 8   he pointed toward a lot.  Can you be a little bit more
 9   descriptive and tell us where this lot was to where you
10   -- to where you were?
11        OFFICER RODRIGUEZ:  It's an empty parking lot on the
12   east -- it's on the east side of New Hampshire, so I was
13   on the west side where the -- the original call was out
14   at the church, and that's where the citizens were.
15        DETECTIVE ARTEAGA:  Okay.  And when you were telling
16   the story, you said you had a clear visual.  You had a
17   clear visual of what?
18        OFFICER RODRIGUEZ:  Of -- I -- of the suspect.
19        DETECTIVE ARTEAGA:  Okay.
20        OFFICER RODRIGUEZ:  Even though it was a far, far
21   distance, I could see the color shorts which matched the
22   description of the suspect.
23        DETECTIVE ARTEAGA:  Okay.
24        OFFICER RODRIGUEZ:  And that's when I saw Officer
25   Morse and then on the other side of the entrance --
```

```
 1   saying anything?  Was he responding?  Was he yelling?
 2         OFFICER RODRIGUEZ:  I couldn't -- I -- I couldn't
 3   recall that either.  I didn't hear.
 4         DETECTIVE ARTEAGA:  Could you tell his demeanor at
 5   that time?
 6         OFFICER RODRIGUEZ:  No.
 7         DETECTIVE ARTEAGA:  No?
 8         OFFICER RODRIGUEZ:  Not at the initial, no.
 9         DETECTIVE ARTEAGA:  Okay.  So your partner moves his
10   shop.  You said you wanted to use his shop for cover.
11   You get in the vehicle and you moved it; correct?
12         OFFICER RODRIGUEZ:  He had moved it.  He brought it
13   up.  I didn't like the positioning of it because I
14   wanted it more at an angle.  So that's when I got in it
15   and then I kind of moved it a little forward and more
16   angled so we could put -- and I believe I put the
17   spotlight on so we have a better visual as far as light,
18   because it was a dark -- or not dark, dark but, you
19   know, we -- we would see better with light.
20         DETECTIVE ARTEAGA:  Okay.  And you said you turned
21   the spotlights on.  Did you turn them or your partner
22   did?
23         OFFICER RODRIGUEZ:  I turned mine on.
24         DETECTIVE ARTEAGA:  Which is which one?
25         OFFICER RODRIGUEZ:  The driver's side.
```

```
 1        DETECTIVE ARTEAGA:  So you activated or the driver's
 2   spotlight?
 3        OFFICER RODRIGUEZ:  Yes, sir.
 4        DETECTIVE ARTEAGA:  Do you know if your partner
 5   activated the passenger side spotlight?
 6        OFFICER RODRIGUEZ:  I -- I don't know.
 7        DETECTIVE ARTEAGA:  Okay.  So you indicated that you
 8   moved the vehicle because you wanted to use it for
 9   cover.
10        OFFICER RODRIGUEZ:  Yeah.
11        DETECTIVE ARTEAGA:  But your body worn video shows
12   you leaving that police vehicle going toward the gate.
13        OFFICER RODRIGUEZ:  Uh-huh.
14        DETECTIVE ARTEAGA:  Why did you leave cover?
15        OFFICER RODRIGUEZ:  I saw the other officers,
16   Officer Morse, and then they were kind of taking cover
17   behind the gate or I'm not too sure, but I wanted to be
18   leveled with them and to also get a better visual.  So
19   that's why I figured we could bump up to cover, and if I
20   need to redeploy to more, at least I have the black-and-
21   white there, because I saw that I had a dumpster, as
22   least for my cover --
23        DETECTIVE ARTEAGA:  Okay.  So when you --
24        OFFICER RODRIGUEZ:  -- at the time.
25        DETECTIVE ARTEAGA:  So when you bumped up from the
```

```
 1   and I was lethal and my partner was less lethal.  And
 2   also, too, I knew that I had, you know, the citizen
 3   behind me as well, so there was no way I could let him
 4   out there with that weapon.
 5         DETECTIVE ARTEAGA:  And besides this one time that
 6   you unholstered that you described, did you ever
 7   unholster at any other time?  Like did you holster back
 8   up?
 9         OFFICER RODRIGUEZ:  No, or from what I -- I -- I
10   don't think I have.
11         DETECTIVE ARTEAGA:  So you believe you only
12   unholstered one time?
13         OFFICER RODRIGUEZ:  Yeah.  From what I recall.  Yes.
14         DETECTIVE ARTEAGA:  So you unholster your pistol.
15   How do you hold your weapon when you unholstered?
16         OFFICER RODRIGUEZ:  How did I hold it?
17         DETECTIVE ARTEAGA:  How did you hold it?  Yeah.
18         OFFICER RODRIGUEZ:  I believe I had one hand because
19   I had my flashlight to see just to get a better visual.
20   And then that's when I put it down, because I believe
21   Airship -- I don't fully remember but I -- I had a
22   better visual.
23         DETECTIVE ARTEAGA:  So initially, you had your
24   service pistol in one of your hands?
25         OFFICER RODRIGUEZ:  How we're trained, yes.
```

```
 1          DETECTIVE ARTEAGA:  20 to 25?
 2          OFFICER RODRIGUEZ:  For originally, yeah.
 3          DETECTIVE ARTEAGA:  Okay.  So originally, he was 20
 4   to 25 yards.  And then he started closing that distance.
 5          OFFICER RODRIGUEZ:  Yeah.  Maybe approximately 20.
 6          DETECTIVE ARTEAGA:  And when you said -- was he --
 7   you've already said this already but --
 8          OFFICER RODRIGUEZ:  Uh-huh.
 9          DETECTIVE ARTEAGA:  -- he was jogging towards you?
10          OFFICER RODRIGUEZ:  Yes.
11          DETECTIVE ARTEAGA:  Okay.  And as he's jogging
12   towards you, is he saying anything towards you?
13          OFFICER RODRIGUEZ:  No.  Not that I recall.
14          DETECTIVE ARTEAGA:  Could you see any sort of facial
15   expressions or --
16          OFFICER RODRIGUEZ:  I don't remember.
17          DETECTIVE ARTEAGA:  Is this a possibility he could
18   have been coming to you for -- to get -- for safety or
19   to get help?
20          OFFICER RODRIGUEZ:  No.
21          DETECTIVE ARTEAGA:  Okay.  What did -- did you have
22   anytime to contact MEU?
23          OFFICER RODRIGUEZ:  No.  No time.
24          DETECTIVE ARTEAGA:  Did you have any time -- any
25   time or did you ever consider requesting additional
```

```
 1   commands to drop the knife.  Any other commands you gave
 2   him?
 3          OFFICER RODRIGUEZ:  Not that I recall.
 4          DETECTIVE ARTEAGA:  Okay.  And then you indicated
 5   that you fired three rounds.  How close was the suspect
 6   when you fired your first round approximately?
 7          OFFICER RODRIGUEZ:  Approximately -- I'm not the
 8   best at math but I would say maybe I was at the end of
 9   this table to maybe around you.
10          ATTORNEY GELFOND:  Can I ask a clarifying question?
11   You said a few times you're not the best at math.  What
12   do you mean by math?
13          OFFICER RODRIGUEZ:  Just as far as like estimating,
14   you know, like yards and -- and feet.
15          ATTORNEY GELFOND:  So are you --
16          OFFICER RODRIGUEZ:  Uh-huh.
17          ATTORNEY GELFOND:  Are you talking about like doing
18   mathematical calculations or are you talking about
19   visually estimating distances?
20          OFFICER RODRIGUEZ:  Visually estimating distances.
21          ATTORNEY GELFOND:  Okay.
22          DETECTIVE ARTEAGA:  So when you fired your first
23   round, you believed the suspect was from where?  From
24   the end of that table --
25          OFFICER RODRIGUEZ:  From the end of the table --
```

```
1        DETECTIVE ARTEAGA:   -- to where I'm at?
2        OFFICER RODRIGUEZ:   -- to -- yeah.
3        DETECTIVE ARTEAGA:   So approximately --
4        DETECTIVE ARZATE:    Would you guys say about 15 feet
5   maybe?
6        DETECTIVE ARTEAGA:   15 to 18 feet?  Is that -- sir,
7   15 to 18 feet or so?
8        ATTORNEY GELFOND:    I'm not the best at that either.
9   I thought --
10       DETECTIVE ARTEAGA:   Okay.
11       ATTORNEY GELFOND:    -- I thought maybe 12 to 15,
12  so --
13       DETECTIVE ARTEAGA:   Okay.
14       ATTORNEY GELFOND:    -- 12 to 18.  Yeah.
15       DETECTIVE ARTEAGA:   Okay.
16       ATTORNEY GELFOND:    I'd need to measure it.
17       DETECTIVE ARTEAGA:   So he's advancing towards you.
18  You fire your first round.
19       OFFICER RODRIGUEZ:   Uh-huh.
20       DETECTIVE ARTEAGA:   How did the suspect have -- when
21  you fired, why did you fire your first round?
22       OFFICER RODRIGUEZ:   He didn't listen to my commands
23  and he -- he was closing distance still running after.
24       DETECTIVE ARTEAGA:   Okay.  Now --
25       OFFICER RODRIGUEZ:   That's with the knife.
```

```
 1          OFFICER RODRIGUEZ:  No.
 2          DETECTIVE ARTEAGA:  So when you fired your second
 3   round, did he decrease that distance between you and the
 4   suspect?
 5          OFFICER RODRIGUEZ:  Oh, I mean --
 6          DETECTIVE ARTEAGA:  Did he decrease the -- the --
 7          OFFICER RODRIGUEZ:  After the second or --
 8          DETECTIVE ARTEAGA:  After the first round --
 9          OFFICER RODRIGUEZ:  Uh-huh.
10          DETECTIVE ARTEAGA:  -- you said that the suspect
11   didn't fall; correct?
12          OFFICER RODRIGUEZ:  No.
13          DETECTIVE ARTEAGA:  Did he decrease the distance
14   between yourself and him?
15          OFFICER RODRIGUEZ:  From what I recall, yes.
16          DETECTIVE ARTEAGA:  He did?
17          OFFICER RODRIGUEZ:  Yeah.  He --
18          DETECTIVE ARTEAGA:  Okay.
19          OFFICER RODRIGUEZ:  -- was still coming.
20          DETECTIVE ARTEAGA:  And when you fired your second
21   round, how did he have that knife?  How was he holding
22   the knife?
23          OFFICER RODRIGUEZ:  I don't remember but I know he
24   still had it in his hand.
25          DETECTIVE ARTEAGA:  Okay.
```

```
 1        OFFICER RODRIGUEZ:  He was still armed with the
 2   knife.
 3        DETECTIVE ARTEAGA:  Okay.  So you fired your second
 4   round.  After you fired your second round, did you have
 5   time to assess?
 6        OFFICER RODRIGUEZ:  No.
 7        DETECTIVE ARTEAGA:  No?  Okay.  And when you fired
 8   your third round, why did you fire your third round?
 9        OFFICER RODRIGUEZ:  Because I -- I did the shots,
10   the -- my second and third round, you know, back to back
11   because I saw that the threat was still there after, you
12   know, my first one.
13        DETECTIVE ARTEAGA:  Okay.  So after your third
14   round, what happened?
15        OFFICER RODRIGUEZ:  The suspect went down and I saw
16   that he wasn't a threat anymore.  So I went to low-ready
17   and I got my finger off the trigger.
18        DETECTIVE ARTEAGA:  Now, you said that Morse
19   indicated, he told you guys to glove up.  Did you glove
20   up?
21        OFFICER RODRIGUEZ:  Yes.
22        DETECTIVE ARTEAGA:  Okay.  Did you holster first,
23   then glove up, or --
24        OFFICER RODRIGUEZ:  I did.  I holstered up and I
25   gloved up.  And in the video, I told him like, "Wait,
```

```
 1   it possibly seemed that way because we deal with so many
 2   people under narcotics.  So you could kind of tell
 3   who -- who is and, you know, who is not.
 4          DETECTIVE ARZATE:  Now, what was the lighting
 5   conditions at this time?  Was it light out or was it --
 6          OFFICER RODRIGUEZ:  As he got close or, well, it's
 7   night --
 8          DETECTIVE ARZATE:  Uh-huh.
 9          OFFICER RODRIGUEZ:  -- but as he got closer, yes, I
10   had a better visual of, I believe -- I don't know.
11   There was light somehow.  I don't really remember if it
12   was from my spotlight or from the airship was over.
13   I -- I don't really recall exactly.
14          DETECTIVE ARZATE:  Okay.  Now, other than asking or
15   requesting your partner to grab a 40-millimeter
16   launcher --
17          OFFICER RODRIGUEZ:  Uh-huh.
18          DETECTIVE ARZATE:  -- do you know if anybody else
19   had less lethal options at the scene at that point?
20          OFFICER RODRIGUEZ:  Yes.  I recall seeing Officer
21   Morse with a 40.
22          DETECTIVE ARZATE:  Okay.  So he had a 40 as well?
23          OFFICER RODRIGUEZ:  Uh-huh.
24          ==DETECTIVE ARZATE:  Okay.  Did anybody at scene==
25   ==appear to be like in charge or giving direction or==
```

```
1    utilizing command and control?
2         OFFICER RODRIGUEZ:  Yes.
3         DETECTIVE ARZATE:  And who would that have been?
4         OFFICER RODRIGUEZ:  Officer Morse.
5         DETECTIVE ARZATE:  Okay.  Did Officer Morse give you
6    any direction?
7         OFFICER RODRIGUEZ:  No.
8         DETECTIVE ARZATE:  Okay.  Do you recall hearing him
9    give any other officers at scene direction?
10        OFFICER RODRIGUEZ:  Not individually but as a whole,
11   yes, as far as perimeter --
12        DETECTIVE ARZATE:  Uh-huh.
13        OFFICER RODRIGUEZ:  -- containment, and how he
14   requested over the air everybody have a 40 or a less
15   lethal.
16        DETECTIVE ARZATE:  Uh-huh.
17        OFFICER RODRIGUEZ:  So I feel like, yeah, that's,
18   you know, command and control right there.  Just not, I
19   guess, directly.
20        DETECTIVE ARZATE:  Okay.  Now, when you fired all
21   three of your rounds, were you in the same position when
22   you fired or did you move at all, if you recall?
23        OFFICER RODRIGUEZ:  I don't really recall.  I don't
24   recall.  I know I moved.
25        DETECTIVE ARZATE:  Uh-huh.
```

```
1    STATE OF CALIFORNIA      )
2                             )    SS.
3    COUNTY OF ORANGE         )
4
5            I, Andrew Dayton, a transcriber for
6    Lynden J. And Associates, Inc., do hereby certify:
7            That said proceedings were listened to by me
8    and were transcribed into typewriting under my direction
9    and supervision; and I hereby certify that the foregoing
10   transcript of the proceedings is a full, true, and
11   correct transcript to the best of my ability.
12           I further certify that I am neither
13   counsel for nor related to any party to said action,
14   not in anywise interested in the outcome
15   thereof.
16           In witness whereof, I have hereunto
17   subscribed my name this 5th day of December, 2023.
18
19
20
21
22                              _____
23                                    Andrew Dayton
24
25
```