# EXHIBIT F

**BOARD OF POLICE COMMISSIONERS**
Executive Office, Police Commission
City of Los Angeles

September 3, 2024

Dominic H. Choi
Chief of Police

CLOSED SESSION - ITEM NO. 4A-1

At the regular meeting of the Board of Police Commissioners held September 3, 2024, during Closed Session, the Board adjudicated Officer Involved Shooting #048-23, and adopted the following recommendations:

**Tactics**                                                                              by vote of 4/0

Tactical Debrief:      One Police Officer III
                       One Police Officer II
                       Two Police Officer I

Administrative Disapproval:  One Sergeant I

**Drawing/Exhibiting**                                                         by vote of 4/0

In Policy:             One Police Officer II
                       Two Police Officer I

**Lethal Use of Force**                                                        by vote of 4/0

In Policy:             One Police Officer II
                       One Police Officer I

Respectfully,


MARIA SILVA
Commission Executive Assistant

c: OIG, Critical Incident Review Division (CIRD)

CITY   001308