# EXHIBIT I



CITY  001098



CITY 001114





CITY 001212