**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
*dalekgalipo@yahoo.com*
Marcel F. Sincich, Esq (SBN 319508)
*msincich@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista; and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>Assigned to:<br>Hon. District Judge Stephen V. Wilson<br>Hon. Mag. Judge Stephanie S. Christensen<br><br>**NOTICE OF LOCAL RULE 79-5.2.2(b) *EX PARTE* APPLICATION AND *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[LOCAL RULE 79-5.2.2(b)]**<br><br>[Declaration of Marcel F. Sincich, Notice of Manuel Filing, and [Proposed] Order *filed concurrently herewith*]<br><br>Date:     April 28, 2025<br>Time:    1:30 p.m.<br>Ctrm:    10A |

-1-            Case No.: 2:24-cv-07642-SVW-SSC
PLAINTIFFS' *EX PARTE* APPLICATION TO FILE EXHIBITS UNDER SEAL IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Plaintiffs M.B., by and through her Guardian *ad litem*, Nayelli Bautista; and L.D., by and through his Guardian *ad litem*, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, through Plaintiffs' counsel Marcel F. Sincich, will and hereby do seek leave of this Court to ***file regularly***, Plaintiffs' Exhibits attached to the Declaration of Marcel F. Sincich in support of Plaintiffs' Opposition to Defendants Motions for Summary Judgment. In other words, given that these documents were marked as "Confidential" and the requirement for Plaintiffs to request that these records be fired under seal, Plaintiffs hereby do so, but request that the Court find that there is no good cause to file these exhibits under seal and order that Plaintiffs may file these records regularly.

This is a civil rights police shooting-death case. Defendant City of Los Angeles marked the documents that it produced during discovery (which comprise the police department's investigation into the shooting) as "Confidential." As such, they are governed by the operative Protective Order in this case (Doc. 31), which is intended to shield these documents from public view. In order to comply with the Protective Order, Plaintiffs hereby request that the Court consider whether the following documents shall be filed under seal:

> "Exhibit E" to Sincich Decl: the August 26, 2024, Inspector General Correspondence to the Honorable Board of Police Commissioners ("BOPC"), signed by Acting Assistant Inspector General John Garner with Acting Inspector General Florence Yu, providing recommendations to the BOPC, produced by Defendants during discovery as CITY 001242-1307. This record contains Defendant City's investigation findings of the events in question—the officer involved shooting of Mr. De Anda.

> "Exhibit J" to Sincich Decl: Defendant Officer Jose Arteaga Mayen Body-Worn Camera Video of the Officer-Involved Shooting Incident,

produced by Defendant City during discovery as CITY 00049. This video shows Officer Mayen's contemporaneous perspective of the events in question—the officer involved shooting of Mr. De Anda.

"Exhibit K" to Sincich Decl: are merely screenshots of particular moments in the Officer Mayen's Body-Worn Camera Video of the Officer-Involved Shooting Incident to assist the Court in analyzing the evidence.

"Exhibit L" to Sincich Decl: Defendant Officer Kassandra Rodriguez's Body-Worn Camera Video of the Officer-Involved Shooting Incident, produced by Defendant City during discovery as CITY 00052. This video shows Officer Rodriguez's contemporaneous perspective of the events in question—the officer involved shooting of Mr. De Anda.

"Exhibit M" to Sincich Decl: are merely screenshots of particular moments in the Officer Rodriguez's Body-Worn Camera Video of the Officer-Involved Shooting Incident to assist the Court in analyzing the evidence.

"Exhibit Q" to Sincich Decl: a distance demonstrative that utilizes a diagram from Exhibit E.

The above list of documents is cited in Plaintiffs' Opposition to Defendants' Motions for Summary Judgement and are necessary to this Court's summary judgment ruling.

Respectfully submitted,

Date: March 31, 2025                     **LAW OFFICES OF DALE K. GALIPO**

                                          _____/s/    Marcel F. Sincich_____
                                          Dale K. Galipo
                                          Marcel F. Sincich
                                          *Attorneys for Plaintiffs*

## APPLICATION TO FILE UNDER SEAL

Pursuant to L.R. 79-5.2.2(b), Plaintiffs M.B., by and through her Guardian *ad litem*, Nayelli Bautista; and L.D., by and through his Guardian *ad litem*, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, hereby respectfully submit their application to file under seal the following documents/materials, attached as exhibits to the Declaration of Marcel F. Sincich in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment: (1) "Exhibit E" the August 26, 2024, Inspector General Correspondence to the Honorable Board of Police Commissioners ("BOPC"), signed by Acting Assistant Inspector General John Garner with Acting Inspector General Florence Yu, providing recommendations to the BOPC; (2) "Exhibit J" Defendant Officer Jose Arteaga Mayen Body-Worn Camera Video of the Officer-Involved Shooting Incident; (3) "Exhibit K" screenshots of particular moments in the Officer Mayen's Body-Worn Camera Video; (4) "Exhibit L" Defendant Officer Kassandra Rodriguez's Body-Worn Camera Video; (5) "Exhibit M" screenshots of particular moments in the Officer Rodriguez's Body-Worn Camera Video; and (6) "Exhibit Q" distance demonstrative utilizing a diagram from Exhibit E.

The basis for this request is that documents subject to the Protective Order are necessary to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Doc. 42), which were filed on March 17, 2025. Plaintiffs' Opposition is due on March 31, 2025.

These documents have been designated by Defendants as confidential pursuant to the protective order entered by Magistrate Judge Stephanie S. Christensen on January 16, 2025 (Doc. 31). Defendants designated these documents as "Confidential Pursuant to Protective Order."

/ / /

/ / /

**Local Rule 7-19 Compliance**

Prior to filing this *ex parte* application, Plaintiffs' counsel contacted Defense counsel, both by email and telephone, in compliance with Local Rule 7-19 through 7-19.1. (See Sincich Decl. at ¶¶ 2-4.)

Defense counsel is:

HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)

DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)

KATHLEEN KENEALY, Chief Assistant City Attorney

CORY M. BRENTE, Senior Assistant City Attorney (SBN 115453)

CHRISTIAN R. BOJORQUEZ, Deputy City Attorney (SBN 192872)

200 N. Main Street, 6th Floor, City Hall East

Los Angeles, California 90012

Tel: (213) 978-7023 | Fax: (213) 978-8785

Email: christian.bojorquez@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

In advance of Plaintiffs' Application, counsel for Plaintiffs and Defendants met and conferred by telephone regarding our intention to file several exhibits that are subject to the Protective Order. It is Plaintiffs understanding that Defendants will oppose this Application given that Plaintiffs request these documents to be filed regularly.

Plaintiffs' counsel provided defense counsel with a copy of the Declaration of Marcel F. Sincich pursuant to L.R. 79-5.2.2(b). *See* Sincich Decl. at ¶11.

Plaintiffs file this application pursuant to L.R. 79-5.2.2(b) on an *ex parte* basis because these exhibits are necessary to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, and by the time Plaintiffs received Defendants' Motion and determined what exhibits to use in opposition, there was insufficient time in advance of the April 28, 2025 summary judgment hearing for this application to be heard as a regularly noticed motion. *Id.* at ¶5.

Plaintiffs contend that these City investigatory documents and the videos of the incident all directly relate to this civil right officer-involved shooting death case and necessary to oppose dispositive motions. Plaintiffs contend that these documents are not confidential, and that nothing in these documents requires secrecy from the public on these public issues. Further, these documents should not be hidden from the public because they establish the disputed issues of material fact that preclude Defendants from summary judgment. As Defendants correctly point out, there is a strong presumption of access in civil cases. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). Public scrutiny in a civil rights matter is appropriate. The public has a strong interest in knowing when and why the government uses deadly force in this Country. There is nothing in these documents that would suggest any unjustified criticism of the Defendants, that any person would threaten the lives of the Defendants, or that filing exhibits in opposition to a dispositive motion in a civil rights matter is improper or for a scandalous purpose.

Defendants' designation of these items as confidential is contradicted by their own release of body-worn camera videos, slow motion clips of those videos, and photographs of evidence, all included in their public disclosure approximately a month after the shooting incident. See https://www.youtube.com/watch?v=mw1lOmR_2xk&rco=1

The City's release of body-worn camera videos was even used by news outlets. See, e.g., https://abc7.com/deadly-shooting-lapd-bodycam-video-pico-union-man-killed/13928338/. And the City publicly publishes the results of its officer-involved shooting investigations. https://www.lapdonline.org/police-commission/categorical-use-of-force/categorical-use-of-force-2023/

For the reasons set forth in the Declaration of Marcel F. Sincich in Support of Application for Leave to File Under Seal Exhibits in Opposition to Defendants' Motion for Summary Judgment, filed concurrently herewith, **Plaintiffs respectfully request that this Court issue an order finding that there is no good cause to file**

these documents under seal and order that these documents be filed regularly through the Court's CM/ECF system.

Respectfully submitted,

Date: March 31, 2025               **LAW OFFICES OF DALE K. GALIPO**

                                                             /s/    *Marcel F. Sincich*
                                         Dale K. Galipo
                                         Marcel F. Sincich
                                         *Attorneys for Plaintiffs*