# EXHIBIT E



CITY   001242



CONFIDENTIAL

MB V. CITY OF LA

2:24cv07642SVW SSC

SUBJECT TO

PROTECTIVE ORDER

CONFIDENTIAL

2

CONFIDENTIAL



SUBJECT TO
PROTECTIVE ORDER

CONFIDENTIAL

3

CITY   001244



CITY   001245



CITY   001247





CITY    001249



CITY    001250





CITY    001252





CITY   001254



CITY    001255



CITY   001256



CITY   001257





CITY   001259



CITY    001260



CITY   001261

CONFIDENTIAL



CITY   001263



CITY   001264



CITY   001265











CITY    001270

CITY   001271

CITY    001272



CITY   001273





CITY    001281



CITY   001282



CITY    001283



CITY  001284



CITY   001285



CITY    001286



CITY    001287



CITY   001288



CITY   001289





CITY    001291





CITY   001293



CITY   001294

CONFIDENTIAL



CITY    001296





CITY    001298



CITY    001299



CITY    001300

CITY    001301





CITY    001303



CITY    001304



SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

CITY   001305



CITY   001306

CONFIDENTIAL



SUBJECT TO PROTECTIVE ORDER

CONFIDENTIAL

66