# EXHIBIT K





















