# EXHIBIT M











































