# EXHIBIT Q



