**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
 *dalekgalipo@yahoo.com*
Marcel F. Sincich, Esq (SBN 319508)
 *msincich@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista; and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>        Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES; JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>Assigned to:<br>Hon. District Judge Stephen V. Wilson<br>Hon. Mag. Judge Stephanie S. Christensen<br><br>**NOTICE OF LODGING OF PROPOSED ORDER**<br><br>(([Proposed] Order Re: Plaintiffs' Ex Parte Application for Leave to File Under Seal *filed concurrently herewith*)<br><br>Date:     April 28, 2025<br>Time:    1:30 p.m.<br>Ctrm:    10A |

**TO THE HONORABLE COURT AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

    Please take notice that Plaintiffs M.B. and L.D. hereby lodge the [Proposed] Order regarding Plaintiffs' Ex Parte Application for Leave to File Under Seal

-1-     Case No.: 2:24-cv-07642-SVW-SSC
D<small>ECLARATION</small> O<small>F</small> M<small>ARCEL</small> F. S<small>INCICH

1 | Exhibits in Support of Plaintiffs' Opposition to Defendants' Motion for Summary
2 | Judgment.

3

4    DATED: March 31, 2025          LAW OFFICES OF DALE K. GALIPO

5
6                           By:  *s/ Marcel F. Sincich*
                                 Dale K. Galipo
7                                Marcel F. Sincich
                                 Attorneys for Plaintiffs
8