UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista; and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF LOS ANGELES; JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>Assigned to:<br>Hon. District Judge Stephen V. Wilson<br>Hon. Mag. Judge Stephanie S. Christensen<br><br>**[PROPOSED] ORDER [DENYING] [GRANTING] PLAINTIFFS' APPLICATION FOR LEAVE TO FILE VIDEOS UNDER SEAL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Having Considered Plaintiffs' Application for Leave to File Documents Under Seal, this Court finds that:

　　GOOD CAUSE DOES NOT EXIST TO FILE EXHIBITS UNDER SEAL. The following documents attached to the Declaration of Marcel F. Sincich in support of Plaintiffs' Opposition to Defendants' Motions for Summary Judgement ARE TO BE FILED REGULARLY though the Court's CM/ECF system:

1. "Exhibit E" the August 26, 2024, Inspector General Correspondence to the Honorable Board of Police Commissioners ("BOPC"), signed by Acting Assistant Inspector General John Garner with Acting Inspector General Florence Yu, providing recommendations to the BOPC;

2. "Exhibit J" Defendant Officer Jose Arteaga Mayen Body-Worn Camera Video of the Officer-Involved Shooting Incident;

3. "Exhibit K" screenshots of particular moments in the Officer Mayen's Body-Worn Camera Video;

4. "Exhibit L" Defendant Officer Kassandra Rodriguez's Body-Worn Camera Video; and

5. "Exhibit M" screenshots of particular moments in the Officer Rodriguez's Body-Worn Camera Video.

6. "Exhibit Q" a demonstrative using a diagram from Exhibit E.

IT IS SO ORDERED.

DATED:

                                                Honorable Stephen V. Wilson
                                                United States District Court Judge