**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
 *dalekgalipo@yahoo.com*
Marcel F. Sincich, Esq (SBN 319508)
 *msincich@galipolaw.com*
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista; and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>             Plaintiffs,<br><br>    vs.<br><br>CITY OF LOS ANGELES; JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>Assigned to:<br>Hon. District Judge Stephen V. Wilson<br>Hon. Mag. Judge Stephanie S. Christensen<br><br>**NOTICE OF LODGING OF EXHIBITS "E," "J," "K," "L," "M" AND "Q" TO THE DECLARATION OF MARCEL F. SINCICH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      April 28, 2025<br>Time:     1:30 p.m.<br>Ctrm:     10A |

1  TO THE HONORABLE COURT AND ALL PARTIES THROUGH THEIR
2  ATTORNEYS OF RECORD:
3      Please take notice that Plaintiffs M.B. and L.D. hereby lodge exhibits "E,"
4  "J," "K," "L," "M" and "Q" to the Declaration of Marcel F. Sincich in Support of
5  Plaintiffs' Opposition to Defendants' Motion for Summary Judgment.

7  DATED: April 4, 2025         LAW OFFICES OF DALE K. GALIPO

9                    By:  *s/ Marcel F. Sincich*
                          Dale K. Galipo
10                        Marcel F. Sincich
                          Attorneys for Plaintiffs