EXHIBIT K









