# EXHIBIT M





2023-09-13 20:35:54 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.B., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC



2023-09-13 20:35:54 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.B., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC



2023-09-13 20:35:55 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.B., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC



2023-09-13 20:35:55 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.B., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC



2023-09-13 20:35:55 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.H., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC



2023-09-13 20:35:55 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.B., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC



2023-09-13 20:35:55 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.B., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC



2023-09-13 20:35:55 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.B., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC









2023-09-13 20:35:56 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.B., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC



2023-09-13 20:35:56 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.B., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC



2023-09-13 20:35:56 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.B., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC











2023-09-13 20:35:57 -0700
AXON BODY 3 X60A8647P

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
M.B., et al. vs. City of Los Angeles, et al.
USDC Case No. 2:24-cv-07642-SVW-SSC



