# EXHIBIT Q





**Officer Rodriguez Deposition**: 53:10-24, 69:2-12
Standing 3 feet west of the gate.