Marcel F. Sincich, SBN 319508
Law Offices of Dale K. Galipo
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., et al<br><br>PLAINTIFF(S)<br><br>v.<br><br>CITY OF LOS ANGELES; and DOES 1-10, inclusive,<br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24-cv-07642-SVW-SSC<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: (**List Documents**)

Exhibits "J", "L", "N", and "O" to Declaration of Marcel F. Sincich in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Dkt. 53-4)

**Reason:**

☐ Under Seal

☐ In Camera

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

April 4, 2025
_____
Date

/s/ Marcel F. Sincich
_____
Attorney Name

Plaintiffs M.B. and L.D.
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*