**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY,** Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023   |   Fax:  (213) 978-8785
Email: christian.bojorquez@lacity.org

*Attorneys for Defendants* CITY OF LOS ANGELES, JOSE ARTEAGA MAYEN and
KASSANDRA RODRIGUEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to Carlos De Anda, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, JOSE ARTEAGA MAYAN, KASSANDRA RODRIGUEZ, and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 2:24-cv-07642 SVW (SSC)**<br>*Assigned to Hon. Stephen V. Wilson; Ctrm 10A*<br>*Mag. Stephanie Christenseni; Ctrm 790 (Roybal)*<br><br>**DEFENDANTS JOSE ARTEAGA MAYEN AND KASSANDRA RODRIGUEZ' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL** |

COMES NOW Defendants JOSE ARTEAGA MAYEN and KASSANDRA RODRIGUEZ answering the Plaintiff's First Amended Complaint for Damages for themselves and for no other party admit, deny and allege as follows:

## INTRODUCTION

1.      Answering paragraph 1, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

1

## **JURISDICTION AND VENUE**

2.      Answering paragraph 2, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

3.      Answering paragraph 3, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## **PARTIES**

4.      Answering paragraph 4, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

5.      Answering paragraph 5, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

6.      Answering paragraph 6, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

7.      Answering paragraph 7 no factual allegations are made therein, and on that basis the paragraph goes unanswered.

8.      Answering paragraph 8, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

9.      Answering paragraph 9, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

10.     Answering paragraph 10, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

/ / /

11.     Answering paragraph 11, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

12.     Answering paragraph 12, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

13.     Answering paragraph 13, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

14.     Answering paragraph 14, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

15.     Answering paragraph 15, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

16.     Answering paragraph 16, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

## FACTS COMMON TO ALL CLAIMS FOR RELIEF

17.     Answering paragraph 17, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

18.     Answering paragraph 18, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

19.     Answering paragraph 19, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

/ / /

3

20.     Answering paragraph 20, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

21.     Answering paragraph 21, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

22.     Answering paragraph 22, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

23.     Answering paragraph 23, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

24.     Answering paragraph 24, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

25.     Answering paragraph 25, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

26.     Answering paragraph 26, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

27.     Answering paragraph 27, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

28.     Answering paragraph 28, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

/ / /

4

29.    Answering paragraph 29, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

30.    Answering paragraph 30, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

31.    Answering paragraph 31, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

32.    Answering paragraph 32, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

33.    Answering paragraph 33, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

34.    Answering paragraph 34, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

35.    Answering paragraph 35, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

36.    Answering paragraph 36, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

/ / /

/ / /

/ / /

# **FIRST CLAIM FOR RELIEF**

**Unreasonable Search and Seizure – Excessive Force (42 U.S.C. § 1983)**

(Against DEFENDANTS JOSE ARTEAGA MAYAN, KASSANDRA RODRIGUEZ, and DOES 1-7 ("DEFENDANT OFFICERS"))

37.    Answering paragraph 37, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

38.    Answering paragraph 38, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

39.    Answering paragraph 39, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

40.    Answering paragraph 40, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

41.    Answering paragraph 41, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

42.    Answering paragraph 42, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

43.    Answering paragraph 43, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

44.    Answering paragraph 44, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

45.     Answering paragraph 45, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## SECOND CLAIM FOR RELIEF

**Unreasonable Search and Seizure – Denial of Medical Care (42 U.S.C. § 1983)**

(Against DEFENDANTS JOSE ARTEAGA MAYAN, KASSANDRA RODRIGUEZ, and DOES 1-7 ("DEFENDANT OFFICERS"))

46.     Answering paragraph 46, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

47.     Answering paragraph 47, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

48.     Answering paragraph 48, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

49.     Answering paragraph 49, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

50.     Answering paragraph 50, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

51.     Answering paragraph 51, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

52.     Answering paragraph 52, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

53.     Answering paragraph 53, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

54.     Answering paragraph 54, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## THIRD CLAIM FOR RELIEF

**Fourteenth Amendment – Denial of Familial Relationship (42 U.S.C. § 1983)**

(Against DEFENDANTS JOSE ARTEAGA MAYAN, KASSANDRA RODRIGUEZ, and DOES 1-7 ("DEFENDANT OFFICERS"))

55.     Answering paragraph 55, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

56.     Answering paragraph 56, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

57.     Answering paragraph 57, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

58.     Answering paragraph 58, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

59.     Answering paragraph 59, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

60.     Answering paragraph 60, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

61.     Answering paragraph 61, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

62.     Answering paragraph 62, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

63.     Answering paragraph 63, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

64.     Answering paragraph 64, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

65.     Answering paragraph 65, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## **FOURTH CLAIM FOR RELIEF**

### **Municipal Liability – Ratification (42 U.S.C. § 1983)**

**(Against Defendants CITY and DOES 8-10)**

66.     Answering paragraph 66, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

67.     Answering paragraph 67, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

68.     Answering paragraph 68, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

69.     Answering paragraph 69, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

70.     Answering paragraph 70, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

71.     Answering paragraph 71, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

72.     Answering paragraph 72, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

73.     Answering paragraph 73, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## **FIFTH CLAIM FOR RELIEF**

### **Municipal Liability – Failure to Train (42 U.S.C. § 1983)**

(Against Defendants CITY and DOES 8-10)

74.     Answering paragraph 74, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

75.     Answering paragraph 75, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

76.     Answering paragraph 76, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

77.    Answering paragraph 77, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

78.    Answering paragraph 78, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

79.    Answering paragraph 79, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

80.    Answering paragraph 80, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

80a.    Answering paragraph 80a, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

80b.    Answering paragraph 80b, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

80c.    Answering paragraph 80c, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

80d.    Answering paragraph 80d, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

80e.    Answering paragraph 80e, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

80f.    Answering paragraph 80f, defendants deny the allegations contained therein.

80g.    Answering paragraph 80g, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

80h.    Answering paragraph 80h, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

80i.    Answering paragraph 80i, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

81.    Answering paragraph 81, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

82.    Answering paragraph 82, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

83.    Answering paragraph 83, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## SIXTH CLAIM FOR RELIEF

**Municipal Liability – Unconstitutional Custom or Policy (42 U.S.C. § 1983)**

(Against Defendants CITY and DOES 8-10)

84.    Answering paragraph 84, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

/ / /

/ / /

85.     Answering paragraph 85, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

86.     Answering paragraph 86, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

87.     Answering paragraph 87, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

88.     Answering paragraph 88, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

88a.    Answering paragraph 88a, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

88b.    Answering paragraph 88b, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

88c.    Answering paragraph 88c, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

88d.    Answering paragraph 88d, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

88e.    Answering paragraph 88e, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

88f.    Answering paragraph 88f, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

88g.    Answering paragraph 88g, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

88h.    Answering paragraph 88h, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

88i.    Answering paragraph 88i, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

89.    Answering paragraph 89, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

90.    Answering paragraph 90, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

91.    Answering paragraph 91, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

91a.    Answering paragraph 91a, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

91b.    Answering paragraph 91b, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

91c.    Answering paragraph 91c, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

91d.    Answering paragraph 91d, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

91e.    Answering paragraph 91e, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

91f.    Answering paragraph 91f, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

91g.    Answering paragraph 91g, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

91h.    Answering paragraph 91h, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

91i.    Answering paragraph 91i, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

92.    Answering paragraph 92, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

93.    Answering paragraph 93, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

/ / /

/ / /

94.     Answering paragraph 94, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

### SEVENTH CLAIM FOR RELIEF

### Batter (Wrongful Death)

(Against All Defendants)

95.     Answering paragraph 95, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

96.     Answering paragraph 96, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

97.     Answering paragraph 97, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

98.     Answering paragraph 98, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

99.     Answering paragraph 99, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

100.     Answering paragraph 100, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

101.     Answering paragraph 101, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

# EIGHTH CLAIM FOR RELIEF

## Negligence (Wrongful Death)

### (Against All Defendants)

102.   Answering paragraph 102, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

103.   Answering paragraph 103, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

103a.  Answering paragraph 103a, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

103b.  Answering paragraph 103b, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

103c.  Answering paragraph 103c, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

103d.  Answering paragraph 103d, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

103e.  Answering paragraph 103e, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

103f.  Answering paragraph 103f, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

104. Answering paragraph 104, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

105. Answering paragraph 105, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## NINTH CLAIM FOR RELIEF

### Violation of Cal. Civil Code § 52.1 (Bane Act)

(Against All Defendants)

106.   Answering paragraph 106, which incorporates by reference the allegations of other paragraphs of the pleading, defendants to the same extent incorporate by reference the answers provided herein to those paragraphs.

107.   Answering paragraph 107, no factual allegations are made therein, and on that basis the paragraph goes unanswered.

108.   Answering paragraph 108, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

109.   Answering paragraph 109, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

110.   Answering paragraph 110, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

111.   Answering paragraph 111, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

/ / /

/ / /

112.    Answering paragraph 112, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

113.    Answering paragraph 113, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

114.    Answering paragraph 114, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

115.    Answering paragraph 115, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

116.    Answering paragraph 116, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

117.    Answering paragraph 117, defendants lack sufficient information and belief upon which to answer the allegations contained therein, and on that basis deny the allegations.

## FIRST AFFIRMATIVE DEFENSE

As to the federal claims and theories of recovery, this answering Defendants are protected from liability under the doctrine of qualified immunity, because Defendants' conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## SECOND AFFIRMATIVE DEFENSE

Defendant City of Los Angeles and all Defendants sued in their official capacities are immune from the imposition of punitive damages.

/ / /

/ / /

1

### THIRD AFFIRMATIVE DEFENSE

2

Neither a public entity, nor a public employee, is liable for his/her act or

3

omission, exercising due care, in the execution or enforcement of any law.

4

### FOURTH AFFIRMATIVE DEFENSE

5

Wrongful act of Plaintiff Decedent or others. Any injury or damage suffered was

6

due to or caused solely by reason of Plaintiff or other's wrongful acts and conduct, and

7

not by reason of any wrongful acts or omissions of Plaintiff Decedent.

8

### FIFTH AFFIRMATIVE DEFENSE

9

If there was a violation, Defendants are entitled to qualified immunity because

10

their conduct was reasonable based upon the information that they possessed. They

11

reasonably believed "in good faith" that what they did was lawful and appropriate, and

12

relied upon information provided to them. Moreover, they acted under a reasonable,

13

even if mistaken, belief that what they did was reasonable, appropriate and lawful.

14

### SIXTH AFFIRMATIVE DEFENSE

15

Defendants are immune from liability pursuant to the provisions of each of the

16

following California statutes, each of which is set forth as a separate and distinct

17

affirmative defense: Government Code §§ 815.2, 815.6, 818, 818.8, 820.2, 820.4,

18

820.6, 820.8, 822.2, 835a, 845, 845.6, 845.8, 846, 850.8, 855.6, and 856.4, as well as

19

Civil Code §43.55 & 47 and Penal Code 847(b).

20

### SEVENTH AFFIRMATIVE DEFENSE

21

Plaintiff Decedent actual knowledge of the condition and particular danger

22

alleged, knew and understood the degree of the risk involved, and voluntarily assumed

23

such risk.

24

### EIGHTH AFFIRMATIVE DEFENSE

25

Defendants' actions are privileged pursuant to Civil Code, Section 47.

26

### NINTH AFFIRMATIVE DEFENSE

27

The force used against Plaintiff Decedent, if any, was caused and necessitated by

28

the actions of Plaintiff Decedent, and was reasonable and necessary for self-defense.

### TENTH AFFIRMATIVE DEFENSE

The force used against Plaintiff Decedent, if any, was caused and necessitated by the actions of others, and was reasonable and necessary for the defense of others.

### ELEVENTH AFFIRMATIVE DEFENSE

The force used against Plaintiff Decedent, if any, was caused and necessitated by the actions of Plaintiff Decedent, and was reasonable and necessary for self-defense/officer safety.

### TWELFTH AFFIRMATIVE DEFENSE

The damages alleged were directly and proximately caused and contributed to by the negligence of Plaintiff Decedent, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### THIRTEENTH AFFIRMATIVE DEFENSE

The damages alleged, if any, were directly and proximately caused and contributed to by the negligence of Plaintiff Decedent, and the extent of damages sustained, if any, should be reduced in proportion to the amount of said negligence.

### FOURTEENTH AFFIRMATIVE DEFENSE

Apportionment of Fault:  If it is found that any Defendants are legally responsible for the damages, if any, which Defendants specifically deny, then such damages were proximately caused by or contributed to by Plaintiff or others, whether served or not, and it is necessary that the proportionate degree of fault of every such person be determined and prorated by the trier of fact, and that any judgment which might be rendered against any Defendants be reduced by that percentage of fault to be found to exist of Plaintiff Decedent or others and causative fault, whether sued herein or not.

### DEMAND FOR JURY TRIAL

Defendants hereby demand and request a trial by jury in this matter.

/ / /

/ / /

WHEREFORE, Defendants pray for judgment as follows:

      1.    That Plaintiffs take nothing by this action;

      2.    That the action be dismissed;

      3.    That Defendants be awarded costs of suit;

      4.    That Defendants be awarded other and further relief as the Court may deem just and proper, including an award of attorney's fees pursuant to 42 U.S.C. § 1988.

DATED: April 9, 2025        HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney


By: _/s/ *Christian R. Bojorquez*
    CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendants* CITY OF LOS ANGELES,
JOSE ARTEAGA MAYEN and KASSANDRA
RODRIGUEZ