1 **HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
2 **DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
  **KATHLEEN KENEALY,** Chief Assistant City Attorney
3 **CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
  **CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
4 200 N. Main Street, 6th Floor, City Hall East
  Los Angeles, California 90012
5 Tel: (213) 978-7023  |  Fax: (213) 978-8785
  Email: christian.bojorquez@lacity.org

6 *Attorneys for Defendants* CITY OF LOS ANGELES, JOSE ARTEAGA MAYEN and KASSANRA RODRIGUEZ

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista and L.D., by and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>　　　　Plaintiff,<br>　vs.<br><br>CITY OF LOS ANGELES, and JOSE ARTEAGA MAYAN, KASSANDRA RODRIGUEZ, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | **Case No. 2:24-cv-07642 SVW (SSC)**<br>*Assigned to Hon. Stephen V. Wilson; Ctrm 10A*<br>*Mag. Stephanie Christenseni; Ctrm 790 (Roybal)*<br><br>**DEFENDANTS JOSE ARTEAGA MAYEN AND KASSANDRA RODRIGUEZ' CERTIFICATE OF INTERESTED PARTIES** |

　　　The undersigned, counsel of record for Defendants JOSE ARTEAGA MAYEN and KASSANRA RODRIGUEZ certify the following listed parties have a direct, pecuniary interest in the outcome of the case. These representations are made to enable the court to evaluate disqualification or recusal.

/ / /

/ / /

/ / /

/ / /

1

1. M.B., by and through her Guardian ad litem, Nayelli Bautista - Plaintiff
2. L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to Carlos De Anda, deceased - Plaintiff
3. CITY OF LOS ANGELES – Defendant
4. JOSE ARTEAGA MAYEN – Defendant
5. KASSANDRA RODRIGUEZ - Defendant

DATED: April 9, 2025

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
CORY M. BRENTE, Senior Assistant City Attorney

By: /s/ *Christian R. Bojorquez*
   CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
*Attorneys for Defendants* CITY OF LOS ANGELES, JOSE ARTEGA MAYEN and KASSANDRA RODRIGUEZ