**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
 dalekgalipo@yahoo.com
Marcel F. Sincich, Esq (SBN 319508)
 msincich@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East, Los Angeles, California 90012
Tel: (213) 978-7023 | Fax: (213) 978-8785 | Email: christian.bojorquez@lacity.org
*Attorneys for Defendant* CITY OF LOS ANGELES et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.B., by and through her Guardian ad litem, Nayelli Bautista; and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES; JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-07642-SVW-SSC<br><br>Assigned to:<br>Hon. District Judge Stephen V. Wilson<br>Hon. Mag. Judge Stephanie S. Christensen<br><br>**JOINT STIPULATION TO MODIFY THE COURT'S SCHEDULING ORDER**<br><br>**MSJ Hearing & Status Conference**:<br>Date:    April 28, 2025<br>Time:   1:30 p.m.<br>Ctrm:   10A |

**TO THE HONORABLE COURT AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiffs M.B., by and through her Guardian ad litem, Nayelli Bautista; and L.D., by and through his Guardian ad litem, Jasmin Trinidad, individually and as successors in interest to CARLOS DE ANDA, deceased ("Plaintiffs") and Defendants CITY OF LOS ANGELES; JOSE ARTEAGA MAYAN; KASSANDRA RODRIGUEZ (collectively, "Defendants") (Plaintiff and Defendants are referred to as the "Parties"), through their respective attorneys of record, hereby stipulate:

1. On February 7, 2025, the Court set a Status Conference for April 7, 2025. (Doc. 41).

2. On March 17, 2025, the Defendants filed their Motion for Summary Judgment, noticing the hearing for April 28, 2025, at 1:30 p.m. (Doc. 42).

3. On March 30, 2025, the Court rescheduled the Status Conference to April 28, 2025 at 1:30 p.m. (Doc. 47).

4. Mr. Dale K. Galipo, lead trial counsel for Plaintiffs, anticipated that a case that is scheduled for trial on April 21, 2025, would settle. However, it has not and is not expected to conclude until approximately April 30, 2025. The trial is before the Honorable Judge Sunshine S. Sykes in Riverside, in the case *Nunez, et al. v. County of San Bernardino*, et al., Case No. 5:22-cv-01934-SSS-SP.

5. Deputy City Attorney Christian Bojorquez, lead counsel for the Defendants, is also expected to be in trial which is set to start on April 21, 2025 and should last 10-15 days. This trial court does not conduct trials on Fridays.

///

6. The Parties have met and conferred and are available to attend the motion hearing and status conference at 10:00 a.m. on Friday, May 2, 2025.

7. The Parties therefore request continuances of the Motion hearing and Status Conference from April 28, 2025 to May 2, 2025.

8. No party will suffer any undue prejudice because of the requested continuance.

**IT IS SO STIPULATED.**

DATED: April 18, 2025         LAW OFFICES OF DALE K. GALIPO

                              By: *s/ Marcel F. Sincich*
                              Dale K. Galipo
                              Marcel F. Sincich
                              Attorneys for Plaintiffs

DATED: April 18, 2025         HYDEE FELDSTEIN SOTO, City Attorney
                              DENISE C. MILLS, Chief Deputy City Attorney
                              KATHLEEN KENEALY, Chief Assistant City Attorney
                              CORY M. BRENTE, Senior Assistant City Attorney

                              By: _____
                              CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
                              *Attorneys for Defendant* CITY OF LOS ANGELES